**From:** Schoen,Janice E.
**Sent:** Tuesday, November 14, 2017 8:12 AM
**To:** Josephson,Allan M. <a0jose01@exchange.louisville.edu>
**Subject:** FW: Rainbow sticker

Dr. Josephson,
Here is Brian's response to my request.
Jan

*Jan Schoen*

*Administrative Assistant*
*Bingham Clinic*
*200 E. Chestnut Street*
*Louisville, KY  40202*
*Ph:  502-588-0816*
*Fax: 502-588-0801*
*Email:* jescho04@louisville.edu



**From:** Buford,Brian Wesley
**Sent:** Monday, November 13, 2017 2:43 PM
**To:** Schoen,Janice E. <jescho04@exchange.louisville.edu>
**Subject:** RE: Rainbow sticker

Hi Jan—

I hope you are doing well.

The ally stickers you referenced are part of a campaign we created to demonstrate support and affirmation of LGBT people.  From the LGBT Center's website, "Being an ally means actively supporting LGBT people, working to remove systemic barriers, and sending a message of inclusion to those around you."

I am aware that Dr. Josephson has recently given speeches and taken part in other activities in which he refutes the existence of transgender identity. This is in direct conflict with the spirit of the ally campaign, so it's not advisable to provide him with a sticker for his office.

I'd be happy to talk with him more if he has any questions.

Thanks!

**From:** Schoen,Janice E.
**Sent:** Friday, November 10, 2017 8:42 AM

**V. Compl. Ex. 04 at 001**

**To:** LGBT Services,Service Account <lgbt@exchange.louisville.edu>
**Subject:** Rainbow sticker
**Importance:** High

Good morning,
My boss, Allan Josephson, Chief of Pediatric Child Psychiatry and Psychology would like a rainbow sticker for his office. We have one for the Clinic, but he would like to post one specifically in his office. Could you please send one in the intercampus mail to the Bingham Clinic, attn.: Jan Schoen?
Thank you very much.
Jan

*Jan Schoen*

*Administrative Assistant*
*Bingham Clinic*
*200 E. Chestnut Street*
*Louisville, KY 40202*
*Ph: 502-588-0816*
*Fax: 502-588-0801*
*Email: jescho04@louisville.edu*

UofL Physicians
BINGHAM CLINIC
Child & Adolescent Psychiatry & Psychology