**From:** Stahl,Rebecca H
**Sent:** Wednesday, November 15, 2017 2:48 PM
**To:** Woods,Charles <c0wood06@exchange.louisville.edu>; Josephson,Allan M. <a0jose01@exchange.louisville.edu>; Carter,Bryan D. <bdcart01@exchange.louisville.edu>; Wintergerst,Kupper Anthony <kawint01@exchange.louisville.edu>; Brady,Christine Erin Lam <cebrad06@exchange.louisville.edu>; Roman,Jesse <j0roma02@exchange.louisville.edu>; McMasters,Kelly Marc <kmmcma01@exchange.louisville.edu>; Casey,David A. <dacase01@exchange.louisville.edu>; Francis,Sean Lamar <slfran12@cardmail.louisville.edu>; Ankem,Murali Krishna <mkanke01@cardmail.louisville.edu>; Wilhelmi,Bradon J <bjwilh01@exchange.louisville.edu>
**Cc:** Pawson,Sherri Faye <sherri.pawson@louisville.edu>
**Subject:** Subpoena
**Importance:** High

Hello all,

The University of Louisville School of Medicine was served with the attached subpoena, which demands production of various documents related to the School's practice and our faculty members' practices on the issues of gender identity, transgender youth, and gender dysphoria. You will note the University is not a party to this case. Nevertheless, we have been served with this subpoena and now have a legal obligation to respond with any responsive documents.

With the help of School of Medicine administration, you have been identified as either the Department Chair, Division Chief or a member of a Department/Division that may have relevant information. Please review the attached document, check with your faculty members, and send any relevant documents to Sherri Pawson, our records custodian, and to me. We will make a responsiveness determination and produce the documents.

A couple of things to note. First, we know this subpoena is overbroad in its scope; however, for purposes of our request, you do not need to worry about that. We will respond accordingly to the requesting attorney on that point. Second, the deadline listed in this subpoena has passed, but the requesting attorney has given us until **Tuesday, November 21** to respond. Please have any relevant documents to Sherri and me no later than Tuesday so that we can timely respond.

If we have missed someone that you think may have relevant information, please feel free to pass along this request. We understand this is a time-intensive request, so please know that your assistance is appreciated. Please do not hesitate to contact me or Sherri with questions.

**Rebecca H. Stahl**
Associate University Counsel
University of Louisville
323 E. Chestnut Street
Louisville, Kentucky 40202
Direct: (502) 852-0129