**From:** Woods,Charles
**Sent:** Wednesday, November 15, 2017 4:35 PM
**To:** Josephson,Allan M. <a0jose01@exchange.louisville.edu>
**Subject:** RE: check in

Yes. I have been hearing from a number of folks in the past couple of days, so we need to talk. Just looking at my calendar. Only time I have between now and Thanksgiving is between 8 a and 11 a tomorrow. Does any time in that space work for you?

Charles

**From:** Josephson,Allan M.
**Sent:** Wednesday, November 15, 2017 3:58 PM
**To:** Woods,Charles <c0wood06@exchange.louisville.edu>
**Subject:** check in

Do you want to check in with me before Thanksgiving? There seems to be a lot going on. Allan

Allan M. Josephson, M.D.
Professor and Chief
Division of Child and Adolescent Psychology and Psychiatry
Department of Pediatrics
University of Louisville School of Medicine
CEO Bingham Clinic
502-588-0816
502-588-0801 (fax)