

**Child & Adolescent Psychiatry & Psychology**      *Helping children for 100 years ... and counting*

November 29, 2017

Charles Woods, MD, MS
Chair, Department of Pediatrics

Dear Dr. Woods,

I am writing to formally resign my role as Chief of Child and Adolescent Psychiatry and Psychology in the Department of Pediatrics, effective as of December 4, 2017. I will continue to serve as a member of the Division and support its activities as an active faculty member.

Sincerely,

Allan M. Josephson, M.D.
Chief, Child and Adolescent Psychiatry and Psychology