**From:** Natalie Nardecchia [mailto:nNardecchia@lambdalegal.org]
**Sent:** Wednesday, November 29, 2017 5:31 PM
**To:** Terry Harmon; Robert J. Sniffen; Kevin Kostelnik; Lisa Fountain; Michael Spellman
**Cc:** Tara Borelli; Paul Castillo; Omar Gonzalez-Pagan; Altman, Jennifer; Rivaux, Shani; Lapointe, Markenzy; Kaplan, Aryeh; 'Kristen Doolittle'
**Subject:** FW: Information about Dr. Josephson

Dear Counsel,

I received the email below regarding Dr. Josephson. I do not know if this is from Dr. Josephson or not, but I am writing to advise you that I received it.

I am also writing to ask, in light of yesterday's deposition testimony and the email below, if Defendant still intends on calling Dr. Josephson to testify at trial.

Thank you,

Natalie

**From:** joseph josephson [mailto:dr.josephson17@hotmail.com]
**Sent:** Wednesday, November 29, 2017 12:01 PM
**To:** Natalie Nardecchia <nNardecchia@lambdalegal.org>
**Subject:** Information about Dr. Josephson

Just wanted to let you know that Dr. Josephson is resigning from his position as CEO from the Bingham clinic and as Chief of Psychiatry/Psychology effective Monday, Dec. 4th.

Best wishes.