## Announcement re Division Leadership Change

**KC**  **Keith,Ruby C**      👍   ↩ Reply all | ⌄
Today, 12:24 PM
Adamkin,David H.; Alexander,Craig Holt; Anderson,Brit Lindsey; +229 more ⌄

Inbox

Colleagues,

After fourteen years of serving as Division Chief of Child and Adolescent Psychiatry and Psychology, Dr. Allan Josephson is stepping down from this role. Drs. Bryan Carter, Jennifer Le, and David Lohr will serve as Interim Chiefs of the Division.

Dr. Josephson joined the UofL School of Medicine Department of Psychiatry in 2003 as Professor of Psychiatry and Chief of the Division of Child and Adolescent Psychiatry with an associate appointment in the Department of Pediatrics.

Dr. Josephson has served 15 years as chair of the Family Committee of the American Academy of Child and Adolescent Psychiatry (AACAP), received awards from the American Psychiatric Association and Mental Health America of Kentucky, was named Master Clinician four years in a row by the AACAP, was the primary author of the AACAP's *Practice Parameter for the Assessment of the Family* which set the standard for the field in 2007, serves as residency handbook editor for the American Psychiatric Press, and has authored over 80 articles and chapters, one of which was noted as one of the top 10 papers of the year in 2008 by the AACAP, titled *The Reinvention of Family Therapy*.

During his tenure as chief, the division faculty grew from four to twelve, the inpatient census and ER visits doubled and the volume of the consult liaison service tripled. He led the transition of the division from the Psychiatry Department to the Pediatrics Department (2012) and initiated a tele-psychiatry service serving semi-rural Kentucky, which now has six clinics.

While division chief, the size of the child psychiatry training program increased by 50%, national presentations were increased from zero per year to approximately 10 per year and publications from 2 per year to approximately 10 per year. Three faculty members now serve on national committees, and he, along with two faculty members, initiated a local Continuing Medical Education program which is now in its seventh year.

I appreciate the willingness of Drs. Bryan Carter, Jennifer Le and David Lohr to serve in the role of Interim Chiefs. Over the next month or so, delineation of duties will be fine-tuned and shared with collaborators and colleagues. I have every confidence that they together will successfully lead the Division forward during this interim period.

I personally want to thank Dr. Josephson for his years of service and contributions to the Department of Pediatrics. He will remain a faculty member in the Division and the Department.

Sincerely,

Charles R. Woods, M.D., M.S.

Charles R. Woods, MD, MS
**Chairman**
Professor of Pediatrics – Pediatric Infectious Diseases
Billy F. Andrews, M.D. Endowed Chair in Pediatrics
**Department of Pediatrics**
**University of Louisville School of Medicine**

V. Compl. Ex. 10 at 001