| | |
|---|---|
| **From:** | Brady,Christine Erin Lam |
| **Sent:** | Thursday, December 07, 2017 4:47 PM |
| **To:** | Natalie Nardecchia |
| **Subject:** | Re: Response to Josephson's rainbow sticker request |

Ohhhh okay. Yes, I did know they shared a patient so that makes sense. I'm not sure if she has watched the talk or not, but may be upset he used the case without permission.

On Dec 7, 2017, at 4:35 PM, Natalie Nardecchia <nNardecchia@lambdalegal.org> wrote:

> Ok thanks, will do. She apparently is the person who disagreed with him about affirming a child's gender identity (referenced at Heritage Foundation speech).
>
> On Dec 7, 2017, at 1:07 PM, Brady,Christine Erin Lam <christine.brady@louisville.edu> wrote:
>
>> I do and she's great. I'm not sure how comfortable she would be speaking with you but you can try!
>>
>> On Dec 7, 2017, at 3:55 PM, Natalie Nardecchia <nNardecchia@lambdalegal.org> wrote:
>>
>>> Hi Dr. Brady,
>>>
>>> Do you happen to know Karen Miller (social worker at Bingham) and if she would talk with me?
>>>
>>> Natalie

**From:** Natalie Nardecchia <nNardecchia@lambdalegal.org>
**Sent:** Sunday, December 10, 2017 6:10 PM
**To:** Brady,Christine Erin Lam
**Subject:** Re: Guidelines

Got it ... thank you!! Have a great trip.

Natalie

On Dec 10, 2017, at 4:19 PM, Brady,Christine Erin Lam <christine.brady@louisville.edu> wrote:

> Hi Natalie,
> He has not seen these yet. We are in the process of getting these approved for the entire clinic but they are currently only filed by those who have signed.
>
>> On Dec 9, 2017, at 7:17 PM, Natalie Nardecchia <nNardecchia@lambdalegal.org> wrote:
>>
>> Hi Dr. Brady,
>>
>> Are the Guidelines for the Diagnosis and Treatment of Gender Non-Conforming and Transgender Youth – are they approved and official guidelines for Bingham Clinic?
>>
>> Or are they more of a draft/ unapproved guidelines?
>>
>> Wondering if Dr. Josephson will say he's never seen this and they are not approved.
>>
>> I hope they are approved / official because they are great.
>>
>> Natalie

| | |
|---|---|
| **From:** | Natalie Nardecchia <nNardecchia@lambdalegal.org> |
| **Sent:** | Thursday, December 07, 2017 4:35 PM |
| **To:** | Brady,Christine Erin Lam |
| **Subject:** | Re: Response to Josephson's rainbow sticker request |

Ok thanks, will do. She apparently is the person who disagreed with him about affirming a child's gender identity (referenced at Heritage Foundation speech).

On Dec 7, 2017, at 1:07 PM, Brady,Christine Erin Lam <christine.brady@louisville.edu> wrote:

> I do and she's great. I'm not sure how comfortable she would be speaking with you but you can try!
>
> On Dec 7, 2017, at 3:55 PM, Natalie Nardecchia <nNardecchia@lambdalegal.org> wrote:
>
>> Hi Dr. Brady,
>>
>> Do you happen to know Karen Miller (social worker at Bingham) and if she would talk with me?
>>
>> Natalie

| | |
|---|---|
| From: | Natalie Nardecchia <nNardecchia@lambdalegal.org> |
| Sent: | Wednesday, December 06, 2017 4:14 PM |
| To: | Brady,Christine Erin Lam |
| Subject: | RE: Deposition transcript |

Dr. Brady, this is extremely helpful. Thank you very much for all your time and insights.

It's my goal, as I know it's yours, to get the truth before the court and to refute opinions that are not reliable or expert in nature.

Thanks for your kind words too.

Natalie

**From:** Brady,Christine Erin Lam [mailto:christine.brady@louisville.edu]
**Sent:** Wednesday, December 6, 2017 11:42 AM
**To:** Natalie Nardecchia <nNardecchia@lambdalegal.org>
**Subject:** Re: Deposition transcript

Hi Natalie,

There weren't any glaring inaccurate statements that I could see.  Minor points were:
p. 90 - he has never consulted with me
p. 90 - Dr. Peters was previously director of training and is now director of outpatient services (i.e., Bingham Clinic).  This position has always existed so this change does not mean Allan would have less involvement.  However, since this interview he was formally asked to step down as Chief and will no longer be overseeing or directing any service within Bingham.
p. 94 - I do not "consult" to endocrinology they formally bought a percentage of my time to work in a fully integrated clinic.
p. 116 - "You're not a girl, you're a boy" this is conversion therapy.  Have he been asked to define conversion therapy?
p. 124 - in reference to changing sexual orientation "its not easy and its not maybe necessarily voluntary" if its not voluntary then its forced...again this is conversion therapy.
p. 192 - the gender clinic does follow WPATH and endocrine society guidelines.  We tell every family that at the first appointment.  This is not "in discussion" especially with him.
p. 198 - "Dr. Brady's not authorized for this" clearly when challenged he back pedaled on this.  There is nothing keeping him from consulting or referring to me except himself.
p. 202 - "came in with a needle" we discussed this over the phone but I had a three hour evaluation with that pt, anxiety was not severe as described.  The nurse came in to demonstrate proper injection methods prior to prescribing.

Since this interview was done, there have been more conversations and more concerns.  Whether or not he has understood them is questionable.  The few points that stand out to me are:

1

**V. Compl. Ex. 11 at 004**

He recognizes transgender care as my specialty and believes I will direct our services at Bingham Clinic, yet, he is aware I have concerns about his ability to work with this population. Does he realize that he may be prevented from working with this population due to my concerns and new position as director?

He claims that 30+ years of general psychotherapy practice makes him an "expert" to work with this population yet many organizations have indicated specialized training is needed as transgender work is a unique population. Moreover, he has seen 30 patients but a majority of those have been seen within the context or short term therapy (e.g., inpatient admissions) thus the sheer number of clinical hours is low. In my two years, I estimate 90 patients many of whom are seen twice a month. Finally, he admits that gender dysphoria was NOT the primary referral question or target of treatment thus further reducing the meaning of "working with" transgender patients.

My other thought is that he states he is not providing a clinical opinion in this case as he has not interviewed Drew, his family, or providers in order to provide a diagnosis and yet he is saying Drew's bathroom restrictions are not distressing thus deeming him mental healthy...which is a clinical opinion. Forming a clinical opinion based on a few Youtube videos seems irresponsible.

He continually refers to Drew using a gender neutral bathroom for now or until he is ready. When and who will determine when that time is and what "ready" looks like?

I hope this is helpful. I really hope his expertise is called into question and this prevents him from engaging in this form of discrimination in the future!

Thank you for all you do and allowing me to help Drew.

Christine E. Brady, PhD
Assistant Professor | Department of Pediatrics, Division of Child & Adolescent Psychiatry
Assistant Chief | Pediatric Consultation-Liaison Service, Norton Children's Hospital
Pediatric Psychologist | Bingham Clinic
200 E Chestnut Street
Louisville KY 40202
Ph: 502-588-0826 Fax: 502-588-0801

---

**From:** Natalie Nardecchia <nNardecchia@lambdalegal.org>
**Sent:** Tuesday, December 5, 2017 2:32:09 PM
**To:** Christine.Brady@louisville.edu
**Subject:** Deposition transcript

Dear Dr. Brady,

Attached please find the deposition transcript in this matter.

Thank you,

Natalie

Cell: (310) 994-2027

**V. Compl. Ex. 11 at 005**

| | |
|---|---|
| **From:** | Natalie Nardecchia <nNardecchia@lambdalegal.org> |
| **Sent:** | Tuesday, December 05, 2017 8:04 PM |
| **To:** | Brady,Christine Erin Lam |
| **Subject:** | RE: Response to Josephson's rainbow sticker request |

Thank you very much!!

**From:** Brady,Christine Erin Lam [mailto:christine.brady@louisville.edu]
**Sent:** Tuesday, December 5, 2017 4:55 PM
**To:** Natalie Nardecchia <nNardecchia@lambdalegal.org>
**Subject:** Response to Josephson's rainbow sticker request

Reading through materials. I'll send things along as they come up that may be helpful. See email below from Brian Buford. He is the director of the LGBT center AND assistant provost for diversity across the entire University. The fact Allan doesn't even know who he is is telling.

| | |
|---|---|
| **From:** | Natalie Nardecchia <nNardecchia@lambdalegal.org> |
| **Sent:** | Tuesday, December 05, 2017 2:34 PM |
| **To:** | Brady,Christine Erin Lam |
| **Subject:** | RE: Announcement of Change in Leadership |

Very much appreciated.

Natalie

**From:** Brady,Christine Erin Lam [mailto:christine.brady@louisville.edu]
**Sent:** Tuesday, December 5, 2017 11:31 AM
**To:** Natalie Nardecchia <nNardecchia@lambdalegal.org>
**Subject:** Fw: Announcement of Change in Leadership
**Importance:** High

See announcement below. I have also attached the standards we created more as an FYI than actual evidence. As I said, we are in the process of getting this approved for the entire clinic.

Christine E. Brady, PhD
Assistant Professor | Department of Pediatrics, Division of Child & Adolescent Psychiatry
Assistant Chief | Pediatric Consultation-Liaison Service, Norton Children's Hospital
Pediatric Psychologist | Bingham Clinic
200 E Chestnut Street
Louisville KY 40202
Ph: 502-588-0826 Fax: 502-588-0801

V. Compl. Ex. 11 at 007