

**Child & Adolescent Psychiatry & Psychology**

July 14, 2018

Allan Josephson, MD
Professor and Former Chief
Division of Child and Adolescent Psychology and Psychiatry
Department of Pediatrics
University of Louisville School of Medicine

Dear Allan,

We appreciate your meeting with us on Monday 7/9/18 and expressed willingness to expand your clinical activity in support of our mission to provide high quality clinical care while educating students and trainees. This letter intends to address specific issues related to your work assignment and function within the outpatient clinic.

1. Outpatient clinic productivity

Your current work assignment for 2018 lists your clinical service direct patient care duties as 35%, or 16 hours/week for scheduled patients plus 1 hour/week for consultation. The June 2018 ULP Physician dashboard shows your 2018 FYTD charges to be 47%, payments to be 65%, and work RVU to be 50% of those for 2017 FYTD, even though you no longer have administrative responsibilities as Division Chief (which was 30% of your 2017 work assignment). Review of your clinic schedule through Allscripts Electronic Records reflects that on average you are scheduling 3.5 hours/week of patient contact, which calculates as 0.1 FTE, indicating that you have had no increase in clinical activity since our meeting of March 2018 (this is when you were directed to expand your outpatient clinic activity to 12 hours). This productivity also fails to meet the expectations of the work assignment you signed in February of 2018. Your agreement of 6/13/18 to Dr. Peters (Outpatient Services Director for the Bingham Clinic) to open up 4 hours (1:00 to 5:00 PM) on Wednesdays would definitely improve your productivity numbers.

2. Telepsychiatry

Your current work assignment for 2018 lists your administrative duties, which include contract reimbursed patient care, as 35% (3 shifts/week; 30% for direct care or 15 hours/week plus 5% or 2.5 hours/week for charting). There are areas of concern here about your productivity for 2018. Review of your billings for telepsychiatry so far this year show an average of 11 hours/week. Expanding your hours in telepsychiatry with Adanta will help you reach your target. Thus, 4 hours of telepsychiatry with Adanta/Russell will be added to your schedule.



**Child & Adolescent Psychiatry & Psychology**

3. Updated work assignment for 2018.

Telepsychiatry: 0.4 FTE. Add 1 shift/week to a new total of 4 shifts/week; Adanta/Casey 5 hours/week; Adanta/Russell 4 hours/week; Buckhorn 8 hours/week over 2 days = 17 hours/week of patient care telepsychiatry activity plus 3 hours/week for time to complete charting.

Consult-liaison: 0.1 FTE or 4 hours/week coverage plus one hour/week for charting (as part of psychiatry coverage needed in response to Dr. Gallehr's 9-month leave of absence starting September 1).

Bingham Outpatient:  0.2 FTE.  8 hours/week of scheduled time plus 2 hours/week for charting and consultation. Your proposal of developing an intake clinic 4 hours/week would also address adding needed hours, however this is not immediately available therefore you will need to open up a total of 8 hours per week of time for outpatient care in the clinic. Please provide Kim Metcalf a template for the Front Desk staff to schedule patients for you.

3. Faculty Meetings

We understand you were directed by Dr. Woods to not attend faculty meetings until March 2018, but as of today your attendance has been recorded at 5 of 15 faculty meetings (April to present).  The presence of all division faculty members is essential to coordination and communication in all of our division activities.

4. Unexcused absences

Please request approval from Jennifer Le MD for any annual leave and notify her of sick days or unexpected absences via text message or call. At the same time notify Jan Schoen, our Administrative Assistant. So far, for 2018 you are listed as absent on the following days (please confirm with Dr. Le and Jan):

    Feb 1-2 (2 days)
    March 3 (1 day)
    April 9-13, 26-27 (7 days)
    May 10-11, 14, 29-31 (6 days)
    June 18-22 (5 days)

5. Self-paying patients

No faculty are permitted to initiate discussion of self-paying arrangements with patients. If a patient or family initiates a request for this arrangement, the faculty member is to have Kim Metcalf meet with them to document the discussions and the steps taken in this making this reimbursement arrangement. The Chair's Office has been clear that this arrangement is discouraged.



**Child & Adolescent Psychiatry & Psychology**

As Interim Chiefs of the Division, we will be addressing these ongoing issues with our Department Chair, Kim Boland, MD. If you have questions about these items, we would be happy to meet with you to discuss. We hope we will be able to address these issues in a collaborative fashion to meet the mission goals of the division and department.

Sincerely,

W. David Lohr MD          Jennifer Le, MD          Bryan Carter, PhD

Interim Chiefs, Bingham Clinic
Department of Pediatrics
University of Louisville School of Medicine
200 E. Chestnut St,
Louisville, KY  40202