**From:** Boland,Kimberly Anne
**Sent:** Saturday, March 02, 2019 1:20 PM
**To:** Josephson,Allan M. <allan.josephson@louisville.edu>; Kim,In K. <in.kim@louisville.edu>
**Cc:** Paul,Ronald Irvin <ron.paul@louisville.edu>
**Subject:** Re: Meeting February 25

Hello Allan,

Just to clarify, when I said we were going in different directions, I meant that we were going our separate ways, nothing further.

Second, there are no more details to share about our decision to not renew your contract. It is a simple non-renewal of a term contract.

Third, Jennifer Le will certainly share your annual review with you.

Thank you,

Kim

Kimberly A. Boland, M.D.
Professor and Interim Chair of Pediatrics
Assistant Dean for Resident Education and Work Environment
University of Louisville School of Medicine

---

**From:** Josephson,Allan M.
**Sent:** Saturday, March 2, 2019 10:24 AM
**To:** Boland,Kimberly Anne; Kim,In K.
**Subject:** Meeting February 25

Drs. Boland and Kim,

Upon further reflection on our meeting this week, I have a few specific questions which I need clarified. After over 16 years of service to the University of Louisville, it came as quite a surprise to hear you say that the "Department was moving in a different direction." Could you please explain what this "different direction" is and why I do not fit into it?

Also, when we met, I never received my 2018 annual review, unlike prior years. Would you please send me this evaluation as soon as possible as it will assist me in career planning?

Thank you.

Allan M. Josephson, M.D.


Allan M. Josephson, M.D.
Professor and Former Chief
Division of Child and Adolescent Psychology and Psychiatry
Department of Pediatrics
University of Louisville School of Medicine
Fomer CEO Bingham Clinic
502-588-0816
502-588-0801 (fax)