

**UNIVERSITY OF**
**LOUISVILLE.**
SCHOOL OF MEDICINE

**Toni M. Ganzel, MD, MBA**
Dean of the School of Medicine
Professor of Otolaryngology

February 26, 2019

Allan M. Josephson, MD
7903 Bent Pine Court
Prospect, KY  40059

Dear Dr. Josephson:

Interim Chairperson, Dr. Kim Boland, has recommended that your appointment not be renewed beyond June 30, 2019.  I have accepted Dr. Boland's recommendation and this letter serves as formal notice that your appointment in the Department of Pediatrics, Division of Child & Adolescent Psychology & Psychiatry, will not be renewed beyond its expiration date.

I would like to take this opportunity to express my personal appreciation for your service to the Department, the School of Medicine and the University of Louisville.

Sincerely,

Toni M. Ganzel, MD, MBA

TG/ph

Cc:  Kim Boland, MD
     Ron Paul, MD

**University of Louisville** • Abell Administration Center • 323 East Chestnut Street • Louisville, KY 40202-1823
P: 502.852.1499   F: 502.852.1484   W: louisville.edu/medicine

**V. Compl. Ex. 14 at 001**