**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| **ALLAN M. JOSEPHSON** | ) | |
| | ) | **Case No. 3:19-CV-230-RGJ** |
| **Plaintiff** | ) | |
| **v.** | ) | |
| | ) | **(Electronically Filed)** |
| **NEELI BENDAPUDI, *ET AL*.** | ) | |
| | ) | |
| **Defendants** | ) | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Neeli Bendapudi, Gregory C. Postel, Beth A. Boehm, Toni Ganzel, Kimberly A. Boland, Charles R. Woods, Jennifer F. Le, Bryan D. Carter, and William D. Lohr (collectively "Defendants"), by counsel, hereby move this Court for an order dismissing Plaintiff Allan M. Josephson's ("Josephson") Complaint, in part, for failure to state a claim upon which relief can be granted. A Memorandum in Support and proposed Order are tendered herewith.

Respectfully submitted,

/s/Jeremy S. Rogers
Donna King Perry
Jeremy S. Rogers
James L. Bobbitt, III
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
Telephone:  (502) 540-2300
Facsimile:  (502) 585-2207
donna.perry@dinsmore.com
jeremy.rogers@dinsmore.com
james.bobbitt@dinsmore.com
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

It is hereby certified that on April 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorney(s) of record:

David A. Cortman
Travis C. Barham
Alliance Defending Freedom
1000 Hurricane Shoals Rd. NE,
Suite D-1100
Lawrenceville, GA  30043
Telephone: (770) 339-0774
Facsimile:  (770) 339-6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

Joshua D. Hershberger
Hershberger Law Office
201 East Main Street
Madison, IN  47250
Telephone:  (812) 274-0441
Facsimile:  (812) 273-2329
josh@hlo.legal

Tyson C. Langhofer
Jonathan M. Larcomb
Alliance Defending Freedom
440 1st Street, NW, Ste. 600
Washington, D.C.  20001
Telephone:  (202) 393-8690
Facsimile  (202) 347-3622
tlanghofer@ADFlegal.org
jlarcomb@ADFlegal.org

/s/Jeremy S. Rogers
*Counsel for Defendants*

2