# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| **ALLAN M. JOSEPHSON** | ) | |
| | ) | **Case No. 3:19-CV-230-RGJ** |
| **Plaintiff** | ) | |
| **v.** | ) | |
| | ) | **(Electronically Filed)** |
| **NEELI BENDAPUDI, *ET AL*.** | ) | |
| | ) | |
| **Defendants** | ) | |

## DEFENDANTS' RENEWED MOTION TO DISMISS

Defendants, Neeli Bendapudi, Gregory C. Postel, Beth A. Boehm, Toni Ganzel, Kimberly A. Boland, Charles R. Woods, Jennifer F. Le, Bryan D. Carter, and William D. Lohr (collectively "Defendants"), by counsel, and pursuant to Fed. R. Civ. P. 12(b)(6), hereby renew their Motion to Dismiss and move this Court for an order dismissing Plaintiff Allan M. Josephson's Amended Complaint (DN 19), in part, for failure to state a claim upon which relief can be granted. A Memorandum in Support and proposed Order are tendered herewith.

Respectfully submitted,

/s/Jeremy S. Rogers
Donna King Perry
Jeremy S. Rogers
James L. Bobbitt, III
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
Telephone:  (502) 540-2300
Facsimile:  (502) 585-2207
donna.perry@dinsmore.com
jeremy.rogers@dinsmore.com
james.bobbitt@dinsmore.com
*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

It is hereby certified that on May 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorney(s) of record:

| | |
|---|---|
| David A. Cortman<br>Travis C. Barham<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Rd. NE,<br>Suite D-1100<br>Lawrenceville, GA  30043<br>Telephone: (770) 339-0774<br>Facsimile:  (770) 339-6744<br>dcortman@ADFlegal.org<br>tbarham@ADFlegal.org | Joshua D. Hershberger<br>Hershberger Law Office<br>201 East Main Street<br>Madison, IN  47250<br>Telephone:  (812) 274-0441<br>Facsimile:  (812) 273-2329<br>josh@hlo.legal |

Tyson C. Langhofer
Jonathan M. Larcomb
Alliance Defending Freedom
440 1st Street, NW, Ste. 600
Washington, D.C.  20001
Telephone:  (202) 393-8690
Facsimile  (202) 347-3622
tlanghofer@ADFlegal.org
jlarcomb@ADFlegal.org

                                            /s/Jeremy S. Rogers
                                            *Counsel for Defendants*