UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| **ALLAN M. JOSEPHSON** | ) | |
| | ) | **Case No. 3:19-CV-230-RGJ** |
| **Plaintiff** | ) | |
| **v.** | ) | |
| | ) | **(Electronically Filed)** |
| **NEELI BENDAPUDI, *ET AL.*** | ) | |
| | ) | |
| **Defendants** | ) | |

**DEFENDANTS' ANSWER TO PLAINTIFF'S**
**FIRST AMENDED VERIFIED COMPLAINT**

Defendants Neeli Bendapudi, Gregory C. Postel, Beth A. Boehm, Toni Ganzel, Kimberly

A. Boland, Charles R. Woods, Jennifer F. Le, Bryan D. Carter, and William D. Lohr (collectively

"Defendants"), by and through their undersigned legal counsel, and for their Answer to the First

Amended Verified Complaint (ECF No. 19) filed by Plaintiff Allan M. Josephson ("Josephson"),

state as follows:

**INTRODUCTION**

1.      Defendants deny the allegations in Paragraph 1 of the Amended Complaint.

2.      Defendants deny the allegations in Paragraph 2 of the Amended Complaint.

3.      Defendants deny the allegations in Paragraph 3 of the Amended Complaint.

4.      Defendants deny the allegations in Paragraph 4 of the Amended Complaint.

5.      Defendants deny the allegations in Paragraph 5 of the Amended Complaint.

**JURISDICTION & VENUE**

6.      Paragraph 6 of the Amended Complaint calls for legal conclusions to which no

response is required.  To the extent that Paragraph 6 contains any factual allegations, Defendants

deny them.

7.     Paragraph 7 of the Amended Complaint calls for legal conclusions to which no response is required.  To the extent that Paragraph 7 contains any factual allegations, Defendants deny them.

8.     Paragraph 8 of the Amended Complaint calls for legal conclusions to which no response is required.  To the extent that Paragraph 8 contains any factual allegations, Defendants deny them.

9.     Paragraph 9 of the Amended Complaint calls for legal conclusions to which no response is required.  To the extent that Paragraph 9 contains any factual allegations, Defendants deny them.

## PLAINTIFF

10.     Defendants deny that Josephson is presently a professor at the University of Louisville ("University"), although he was at the time of the filing of the Amended Complaint. Defendants are without knowledge or information sufficient to form a belief as to the remaining allegations in Paragraph 10 of the Amended Complaint and, therefore, deny them.

## DEFENDANTS

11.     In response to the allegations in Paragraph 11 of the Amended Complaint, Defendants state that Neeli Bendapudi was selected as University President by the University's Board of Trustees in April 2018, and she assumed office as University President on May 15, 2018.

12.     Defendants admit the allegations in Paragraph 12 of the Amended Complaint.

13.     Defendants deny the allegations in Paragraph 13 of the Amended Complaint.

14.     Defendants admit the allegations in Paragraph 14 of the Amended Complaint.

15.     Defendants deny the allegations in Paragraph 15 of the Amended Complaint.

16.     Defendants deny the allegations in Paragraph 16 of the Amended Complaint.

17.    Defendants deny the allegations in Paragraph 17 of the Amended Complaint.

18.    Defendants deny the allegations in Paragraph 18 of the Amended Complaint.

19.    Defendants deny the allegations in Paragraph 19 of the Amended Complaint.

20.    Defendants deny the allegations in Paragraph 20 of the Amended Complaint.

21.    Defendants deny the allegations in Paragraph 21 of the Amended Complaint.

22.    Defendants deny the allegations in Paragraph 22 of the Amended Complaint.

23.    Defendants deny the allegations in Paragraph 23 of the Amended Complaint.

24.    Defendants deny the allegations in Paragraph 24 of the Amended Complaint.

25.    Defendants deny the allegations in Paragraph 25 of the Amended Complaint.

26.    Defendants deny the allegations in Paragraph 26 of the Amended Complaint.

27.    Defendants admit the allegations in Paragraph 27 of the Amended Complaint.

28.    Defendants deny the allegations in Paragraph 28 of the Amended Complaint.

29.    Defendants deny the allegations in Paragraph 29 of the Amended Complaint.

30.    Defendants deny the allegations in Paragraph 30 of the Amended Complaint.

31.    Defendants deny the allegations in Paragraph 31 of the Amended Complaint.

32.    Defendants admit the allegations in Paragraph 32 of the Amended Complaint.

33.    Defendants deny the allegations in Paragraph 33 of the Amended Complaint.

34.    Defendants deny the allegations in Paragraph 34 of the Amended Complaint.

35.    Defendants admit the allegations in Paragraph 35 of the Amended Complaint.

36.    Defendants admit the allegations in Paragraph 36 of the Amended Complaint.

37.    Defendants deny the allegations in Paragraph 37 of the Amended Complaint.

38.    Defendants deny the allegations in Paragraph 38 of the Amended Complaint.

39.    Defendants deny the allegations in Paragraph 39 of the Amended Complaint.

40.     Defendants deny the allegations in Paragraph 40 of the Amended Complaint.

41.     Defendants deny the allegations in Paragraph 41 of the Amended Complaint.

42.     Defendants deny the allegations in Paragraph 42 of the Amended Complaint.

43.     Defendants deny the allegations in Paragraph 43 of the Amended Complaint.

44.     Defendants admit the allegations in Paragraph 44 of the Amended Complaint.

45.     Defendants admit the allegations in Paragraph 45 of the Amended Complaint.

46.     Defendants admit the allegations in Paragraph 46 of the Amended Complaint.

47.     Defendants deny the allegations in Paragraph 47 of the Amended Complaint.

48.     Defendants admit the allegations in Paragraph 48 of the Amended Complaint.

49.     Defendants deny the allegations in Paragraph 49 of the Amended Complaint.

50.     Defendants deny the allegations in Paragraph 50 of the Amended Complaint.

51.     Defendants deny the allegations in Paragraph 51 of the Amended Complaint.

52.     Defendants deny the allegations in Paragraph 52 of the Amended Complaint.

53.     The allegations in Paragraph 53 of the Amended Complaint are legal conclusions.
        To the extent they contain factual allegations, the allegations are denied.

54.     The allegations in Paragraph 54 of the Amended Complaint are legal conclusions.
        To the extent they contain factual allegations, the allegations are denied.

## FACTUAL BACKGROUND

55.     Defendants are without knowledge or information sufficient to form a belief as to
the truth of the allegations in Paragraph 55 of the Amended Complaint and, therefore, deny them.

56.     Defendants are without knowledge or information sufficient to form a belief as to
the truth of the allegations in Paragraph 56 of the Amended Complaint and, therefore, deny them.

57.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Amended Complaint and, therefore, deny them.

58.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58 of the Amended Complaint and, therefore, deny them.

59.     Defendants deny the allegations in Paragraph 59 of the Amended Complaint.

60.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Amended Complaint and, therefore, deny them.

61.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the Amended Complaint and, therefore, deny them.

62.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62 of the Amended Complaint and, therefore, deny them.

63.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63 of the Amended Complaint and, therefore, deny them.

64.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64 of the Amended Complaint and, therefore, deny them.

65.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65 of the Amended Complaint and, therefore, deny them.

66.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the Amended Complaint and, therefore, deny them.

67.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67 of the Amended Complaint and, therefore, deny them.

68.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68 of the Amended Complaint and, therefore, deny them.

69.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69 of the Amended Complaint and, therefore, deny them.

70.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70 of the Amended Complaint and, therefore, deny them.

71.     Defendants deny the allegations in Paragraph 71 of the Amended Complaint.

72.     Defendants admit the allegations in Paragraph 72 of the Amended Complaint.

73.     Defendants deny the allegations in Paragraph 73 of the Amended Complaint.

74.     Defendants deny the allegations in Paragraph 74 of the Amended Complaint.

75.     Defendants deny the allegations in Paragraph 75 of the Amended Complaint.

76.     Defendants deny the allegations in Paragraph 76 of the Amended Complaint.

77.     Defendants deny the allegations in Paragraph 77 of the Amended Complaint.

78.     In response to the allegations in Paragraph 78 of the Amended Complaint, Defendants state that the referenced documents speak for themselves.

79.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79 of the Amended Complaint and, therefore, deny them.

80.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80 of the Amended Complaint and, therefore, deny them.

81.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81 of the Amended Complaint and, therefore, deny them.

82.     Defendants admit that prior approval is one of multiple prerequisites for clinical faculty members who desire to perform professional work outside the University. Defendants deny the remaining allegations in Paragraph 82 of the Amended Complaint.

83.     Defendants admit that a Dean's Assessment must be paid for outside professional services rendered by clinical faculty members.  Defendants deny the remaining allegations in Paragraph 83 of the Amended Complaint.

84.     Defendants deny the allegations in Paragraph 84 of the Amended Complaint.

85.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85 of the Amended Complaint and, therefore, deny them.

86.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the Amended Complaint and, therefore, deny them.

87.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87 of the Amended Complaint and, therefore, deny them.

88.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88 of the Amended Complaint and, therefore, deny them.

89.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89 of the Amended Complaint and, therefore, deny them.

90.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90 of the Amended Complaint and, therefore, deny them.

91.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91 of the Amended Complaint and, therefore, deny them.

92.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92 of the Amended Complaint and, therefore, deny them.

93.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93 of the Amended Complaint and, therefore, deny them.

94.     Defendants admit the allegations in Paragraph 94 of the Amended Complaint.

95.   Defendants deny the allegations in Paragraph 95 of the Amended Complaint.

96.   Defendants deny the allegations in Paragraph 96 of the Amended Complaint.

97.   Defendants deny the allegations in Paragraph 97 of the Amended Complaint.

98.   Defendants deny the allegations in Paragraph 98 of the Amended Complaint.

99.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99 of the Amended Complaint and, therefore, deny them.

100.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100 of the Amended Complaint and, therefore, deny them.

101.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101 of the Amended Complaint and, therefore, deny them.

102.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 of the Amended Complaint and, therefore, deny them.

103.   Defendants admit the allegations in Paragraph 103 of the Amended Complaint.

104.   Defendants admit the allegations in Paragraph 104 of the Amended Complaint.

105.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105 of the Amended Complaint and, therefore, deny them.

106.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106 of the Amended Complaint and, therefore, deny them.

107.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107 of the Amended Complaint and, therefore, deny them.

108.   Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108 of the Amended Complaint and, therefore, deny them.

109. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109 of the Amended Complaint and, therefore, deny them.

110. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110 of the Amended Complaint and, therefore, deny them.

111. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111 of the Amended Complaint and, therefore, deny them.

112. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112 of the Amended Complaint and, therefore, deny them.

113. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113 of the Amended Complaint and, therefore, deny them.

114. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114 of the Amended Complaint and, therefore, deny them.

115. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115 of the Amended Complaint and, therefore, deny them.

116. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116 of the Amended Complaint and, therefore, deny them.

117. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph _117of the Amended Complaint and, therefore, deny them.

118. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 118 of the Amended Complaint and, therefore, deny them.

119. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 119 of the Amended Complaint and, therefore, deny them.

120.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120 of the Amended Complaint and, therefore, deny them.

121.     Defendants deny the allegations in Paragraph 121 of the Amended Complaint.

122.     Defendants deny the allegations in Paragraph 122 of the Amended Complaint.

123.     Defendants deny the allegations in Paragraph 123 of the Amended Complaint.

124.     Defendants deny the allegations in Paragraph 124 of the Amended Complaint.

125.     Defendants admit that Stacie Steinbock and Brian Buford became aware of Josephson's Heritage Foundation presentation.  Defendants deny the remaining allegations in Paragraph 125 of the Amended Complaint.

126.     Defendants deny the allegations in Paragraph 126 of the Amended Complaint.

127.     Defendants deny the allegations in Paragraph 127 of the Amended Complaint.

128.     Defendants deny the allegations in Paragraph 128 of the Amended Complaint.

129.     Defendants deny the allegations in Paragraph 129 of the Amended Complaint.

130.     Defendants deny the allegations in Paragraph 130 of the Amended Complaint.

131.     Defendants deny the allegations in Paragraph 131 of the Amended Complaint.

132.     Defendants are without sufficient knowledge or information to admit or deny the allegations in Paragraph 132 of the Amended Complaint, and therefore deny the same.

133.     Defendants admit the allegations in Paragraph 133 of the Amended Complaint.

134.     Defendants deny the allegations in Paragraph 134 of the Amended Complaint.

135.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135 of the Amended Complaint and, therefore, deny them.

136.     Defendants deny the allegations in Paragraph 136 of the Amended Complaint.

137.     Defendants deny the allegations in Paragraph 137 of the Amended Complaint.

138.    Defendants deny the allegations in Paragraph 138 of the Amended Complaint.

139.    Defendants deny the allegations in Paragraph 139 of the Amended Complaint.

140.    Defendants deny the allegations in Paragraph 140 of the Amended Complaint.

141.    Defendants deny the allegations in Paragraph 141 of the Amended Complaint.

142.    Defendants deny the allegations in Paragraph 142 of the Amended Complaint.

143.    Defendants deny the allegations in Paragraph 143 of the Amended Complaint.

144.    Defendants deny the allegations in Paragraph 144 of the Amended Complaint.

145.    Defendants deny the allegations in Paragraph 145 of the Amended Complaint.

146.    Defendants deny the allegations in Paragraph 146 of the Amended Complaint.

147.    Defendants deny the allegations in Paragraph 147 of the Amended Complaint.

148.    Defendants admit the allegations in Paragraph 148 of the Amended Complaint insofar as it describes an action performed by various University faculty members. Defendants are without sufficient knowledge or information to admit or deny the remaining allegations in this Paragraph, and therefore deny the same.

149.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 of the Amended Complaint and, therefore, deny them.

150.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150 of the Amended Complaint and, therefore, deny them.

151.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151 of the Amended Complaint and, therefore, deny them.

152.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152 of the Amended Complaint and, therefore, deny them.

153.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 153 of the Amended Complaint and, therefore, deny them.

154.     Defendants deny the allegations in Paragraph 154 of the Amended Complaint.

155.     Defendants admit the allegations in Paragraph 155 of the Amended Complaint.

156.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156 of the Amended Complaint and, therefore, deny them.

157.     Defendants deny the allegations in Paragraph 157 of the Amended Complaint.

158.     Defendants deny the allegations in Paragraph 158 of the Amended Complaint.

159.     Defendants admit the allegations in Paragraph 159 of the Amended Complaint.

160.     Defendants admit the allegations in Paragraph 160 of the Amended Complaint.

161.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161 of the Amended Complaint and, therefore, deny them.

162.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162 of the Amended Complaint and, therefore, deny them.

163.     Defendants deny the allegations in Paragraph 163 of the Amended Complaint.

164.     Defendants deny the allegations in Paragraph 164 of the Amended Complaint.

165.     Defendants deny the allegations in Paragraph 165 of the Amended Complaint.

166.     Defendants deny the allegations in Paragraph 166 of the Amended Complaint.

167.     Defendants deny the allegations in Paragraph 167 of the Amended Complaint.

168.     Defendants deny the allegations in Paragraph 168 of the Amended Complaint.

169.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169 of the Amended Complaint and, therefore, deny them.

170.     Defendants admit the allegations in Paragraph 170 of the Amended Complaint.

171.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171 of the Amended Complaint and, therefore, deny them.

172.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172 of the Amended Complaint and, therefore, deny them.

173.     Defendants deny the allegations in Paragraph 173 of the Amended Complaint.

174.     Defendants deny the allegations in Paragraph 174 of the Amended Complaint.

175.     Defendants deny the allegations in Paragraph 175 of the Amended Complaint.

176.     Defendants deny the allegations in Paragraph 176 of the Amended Complaint.

177.     Defendants deny the allegations in Paragraph 177 of the Amended Complaint.

178.     Defendants deny the allegations in Paragraph 178 of the Amended Complaint.

179.     Defendants deny the allegations in Paragraph 179 of the Amended Complaint.

180.     Defendants deny the allegations in Paragraph 180 of the Amended Complaint.

181.     Defendants deny the allegations in Paragraph 181 of the Amended Complaint.

182.     Defendants deny the allegations in Paragraph 182 of the Amended Complaint.

183.     Defendants deny the allegations in Paragraph 183 of the Amended Complaint.

184.     Defendants deny the allegations in Paragraph 184 of the Amended Complaint.

185.     Defendants deny the allegations in Paragraph 185 of the Amended Complaint.

186.     Defendants admit Paragraph 186 in that Josephson and Woods met on November 16, 2017.  Defendants deny the remaining allegations in this paragraph.

187.     Defendants admit the allegations in Paragraph 187 of the Amended Complaint.

188.     Defendants admit the allegations in Paragraph 188 of the Amended Complaint.

189.     Defendants deny the allegations in Paragraph 189 of the Amended Complaint.

190.     Defendants admit the allegations in Paragraph 190 of the Amended Complaint.

191.    Defendants deny the allegations in Paragraph 191 of the Amended Complaint.

192.    Defendants deny the allegations in Paragraph 192 of the Amended Complaint.

193.    Defendants deny the allegations in Paragraph 193 of the Amended Complaint.

194.    Defendants deny the allegations in Paragraph 194 of the Amended Complaint.

195.    Defendants deny the allegations in Paragraph 195 of the Amended Complaint.

196.    Defendants deny the allegations in Paragraph 196 of the Amended Complaint.

197.    Defendants are without sufficient knowledge or information to admit or deny the allegations in Paragraph 197 of the Amended Complaint, and therefore deny the same.

198.    Defendants deny the allegations in Paragraph 198 of the Amended Complaint.

199.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 199 of the Amended Complaint and, therefore, deny them.

200.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 200 of the Amended Complaint and, therefore, deny them.

201.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149 of the Amended Complaint and, therefore, deny them.

202.    Defendants deny the allegations in Paragraph 202 of the Amended Complaint.

203.    Defendants deny the allegations in Paragraph 203 of the Amended Complaint.

204.    Defendants deny the allegations in Paragraph 204 of the Amended Complaint.

205.    Defendants deny the allegations in Paragraph 205 of the Amended Complaint.

206.    Defendants deny the allegations in Paragraph 206 of the Amended Complaint.

207.    Defendants deny the allegations in Paragraph 207 of the Amended Complaint.

208.    Defendants deny the allegations in Paragraph 208 of the Amended Complaint.

209.    Defendants deny the allegations in Paragraph 209 of the Amended Complaint.

14

210. Defendants deny the allegations in Paragraph 210 of the Amended Complaint.

211. Defendants deny the allegations in Paragraph 211 of the Amended Complaint.

212. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 212 of the Amended Complaint and, therefore, deny them.

213. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 213 of the Amended Complaint and, therefore, deny them.

214. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 214 of the Amended Complaint and, therefore, deny them.

215. In response to the allegations in Paragraph 215 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

216. Defendants deny the allegations in Paragraph 216 of the Amended Complaint.

217. In response to the allegations in Paragraph 217 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

218. In response to the allegations in Paragraph 218 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

219. Defendants deny the allegations in Paragraph 219 of the Amended Complaint.

220. Defendants deny the allegations in Paragraph 220 of the Amended Complaint.

221. In response to the allegations in Paragraph 221 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

222.    Defendants deny the allegations in Paragraph 222 of the Amended Complaint.

223.    Defendants deny the allegations in Paragraph 223 of the Amended Complaint.

224.    Defendants deny the allegations in Paragraph 224 of the Amended Complaint.

225.    In response to the allegations in Paragraph 225 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

226.    In response to the allegations in Paragraph 226 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

227.    In response to the allegations in Paragraph 227 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

228.    In response to the allegations in Paragraph 228 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

229.    In response to the allegations in Paragraph 229 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

230.    Defendants deny the allegations in Paragraph 230 of the Amended Complaint.

231.    Defendants deny the allegations in Paragraph 231 of the Amended Complaint.

232.    Defendants deny the allegations in Paragraph 232 of the Amended Complaint.

233.    Defendants deny the allegations in Paragraph 233 of the Amended Complaint.

234.    Defendants deny the allegations in Paragraph 234 of the Amended Complaint.

235. Defendants deny the allegations in Paragraph 235 of the Amended Complaint.

236. In response to the allegations in Paragraph 236 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

237. In response to the allegations in Paragraph 237 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

238. In response to the allegations in Paragraph 238 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

239. Defendants deny the allegations in Paragraph 239 of the Amended Complaint.

240. In response to the allegations in Paragraph 240 of the Amended Complaint, Defendants state that the cited letter speaks for itself. All allegations inconsistent with the letter are hereby denied.

241. Defendants deny the allegations in Paragraph 241 of the Amended Complaint.

242. Defendants deny the allegations in Paragraph 242 of the Amended Complaint.

243. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 243 of the Amended Complaint and, therefore, deny them.

244. In response to the allegations in Paragraph 244 of the Amended Complaint, Defendants state that the cited email speaks for itself. All allegations inconsistent with the email are hereby denied.

245.     In response to the allegations in Paragraph 245 of the Amended Complaint, Defendants state that the cited correspondence speaks for itself. All allegations inconsistent with the correspondence are hereby denied.

246.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 246 of the Amended Complaint and, therefore, deny them.

247.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 247 of the Amended Complaint and, therefore, deny them.

248.     Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 248 of the Amended Complaint and, therefore, deny them.

249.     Defendants deny the allegations in Paragraph 249 of the Amended Complaint.

250.     Defendants deny the allegations in Paragraph 250 of the Amended Complaint.

251.     Defendants deny the allegations in Paragraph 251 of the Amended Complaint.

252.     Defendants deny the allegations in Paragraph 252 of the Amended Complaint.

253.     In response to the allegations in Paragraph 253 of the Amended Complaint, Defendants state that the cited announcement speaks for itself. All remaining allegations are hereby denied.

254.     In response to the allegations in Paragraph 254 of the Amended Complaint, Defendants state that the cited correspondence speaks for itself. All remaining allegations are hereby denied.

255.     In response to the allegations in Paragraph 255 of the Amended Complaint, Defendants state that the cited correspondence speaks for itself. All remaining allegations are hereby denied.

256.     In response to the allegations in Paragraph 256 of the Amended Complaint, Defendants admit only that they took no adverse employment action against Dr. Brady. The remaining allegations are denied.

257.     Defendants deny the allegations in Paragraph 257 of the Amended Complaint.

258.     Defendants deny the allegations in Paragraph 258 of the Amended Complaint.

259.     Defendants deny the allegations in Paragraph 259 of the Amended Complaint.

260.     Defendants deny the allegations in Paragraph 260 of the Amended Complaint.

261.     Defendants deny the allegations in Paragraph 261 of the Amended Complaint.

262.     Defendants deny the allegations in Paragraph 262 of the Amended Complaint.

263.     Defendants deny the allegations in Paragraph 263 of the Amended Complaint.

264.     Defendants deny the allegations in Paragraph 264 of the Amended Complaint.

265.     Defendants deny the allegations in Paragraph 265 of the Amended Complaint.

266.     Defendants deny the allegations in Paragraph 266 of the Amended Complaint.

267.     Defendants deny the allegations in Paragraph 267 of the Amended Complaint.

268.     Defendants deny the allegations in Paragraph 268 of the Amended Complaint.

269.     Defendants deny the allegations in Paragraph 269 of the Amended Complaint.

270.     Defendants deny the allegations in Paragraph 270 of the Amended Complaint.

271.     Defendants deny the allegations in Paragraph 271 of the Amended Complaint.

272.     Defendants deny the allegations in Paragraph 272 of the Amended Complaint.

273.     Defendants deny the allegations in Paragraph 273 of the Amended Complaint.

274.     Defendants admit the allegations in Paragraph 274 of the Amended Complaint.

275.     Defendants deny the allegations in Paragraph 275 of the Amended Complaint.

276.     Defendants deny the allegations in Paragraph 276 of the Amended Complaint.

277.    Defendants deny the allegations in Paragraph 277 of the Amended Complaint.

278.    In response to the allegations in Paragraph 278 of the Amended Complaint, Defendants state that the Department has hired faculty. The remaining allegations are denied.

279.    Defendants deny the allegations in Paragraph 279 of the Amended Complaint.

280.    Defendants deny the allegations in Paragraph 280 of the Amended Complaint.

281.    Defendants deny the allegations in Paragraph 281 of the Amended Complaint.

282.    Defendants deny the allegations in Paragraph 282 of the Amended Complaint.

283.    Defendants deny the allegations in Paragraph 283 of the Amended Complaint.

284.    Defendants deny the allegations in Paragraph 284 of the Amended Complaint.

285.    Defendants deny the allegations in Paragraph 285 of the Amended Complaint.

286.    Defendants deny the allegations in Paragraph 286 of the Amended Complaint.

287.    Defendants deny the allegations in Paragraph 287 of the Amended Complaint.

288.    Defendants deny the allegations in Paragraph 288 of the Amended Complaint.

289.    Defendants deny the allegations in Paragraph 289 of the Amended Complaint.

290.    Defendants deny the allegations in Paragraph 290 of the Amended Complaint.

291.    Defendants deny the allegations in Paragraph 291 of the Amended Complaint.

292.    Defendants lack sufficient knowledge to form a belief to form a belief as to Josephson's actions or motivations in April 2018 and, therefore, deny the allegations in Paragraph 292 of the Amended Complaint.

293.    Defendants lack sufficient knowledge to form a belief to form a belief as to Josephson's state of mind at various faculty meetings and, therefore, deny these and all remaining allegations in Paragraph 293 of the Amended Complaint.

294.    Defendants deny the allegations in Paragraph 294 of the Amended Complaint.

295.    Defendants deny the allegations in Paragraph 295 of the Amended Complaint.

296.    Defendants deny the allegations in Paragraph 296 of the Amended Complaint.

297.    Defendants deny the allegations in Paragraph 297 of the Amended Complaint.

298.    Defendants deny the allegations in Paragraph 298 of the Amended Complaint.

299.    Defendants deny the allegations in Paragraph 299 of the Amended Complaint.

300.    Defendants deny the allegations in Paragraph 300 of the Amended Complaint.

301.    Defendants deny the allegations in Paragraph 301 of the Amended Complaint.

302.    Defendants deny the allegations in Paragraph 302 of the Amended Complaint.

303.    Defendants deny the allegations in Paragraph 303 of the Amended Complaint.

304.    Defendants deny the allegations in Paragraph 304 of the Amended Complaint.

305.    In response to the allegations in Paragraph 305 of the Amended Complaint, Defendants state that the cited correspondence speaks for itself. All allegations inconsistent with the correspondence are hereby denied.

306.    Defendants deny the allegations in Paragraph 306 of the Amended Complaint and state that the cited correspondence speaks for itself.

307.    In response to the allegations in Paragraph 307 of the Amended Complaint, Defendants state that the cited correspondence speaks for itself. All remaining allegations and any inconsistent with the correspondence are hereby denied.

308.    In response to the allegations in Paragraph 308 of the Amended Complaint, Defendants state that the cited correspondence speaks for itself. All allegations inconsistent with the correspondence are hereby denied.

309.    Defendants deny the allegations in Paragraph 309 of the Amended Complaint.

310.    In response to the allegations in Paragraph 310 of the Amended Complaint, Defendants state that the cited correspondence speaks for itself. All allegations inconsistent with the correspondence are hereby denied.

311.    Defendants deny the allegations in Paragraph 311 of the Amended Complaint.

312.    Defendants deny the allegations in Paragraph 312 of the Amended Complaint.

313.    Defendants deny the allegations in Paragraph 313 of the Amended Complaint.

314.    Defendants deny the allegations in Paragraph 314 of the Amended Complaint.

315.    Defendants deny the allegations in Paragraph 315 of the Amended Complaint.

316.    Defendants deny the allegations in Paragraph 316 of the Amended Complaint.

317.    Defendants deny the allegations in Paragraph 317 of the Amended Complaint.

318.    Defendants deny the allegations in Paragraph 318 of the Amended Complaint.

319.    Defendants deny the allegations in Paragraph 319 of the Amended Complaint.

320.    Defendants deny the allegations in Paragraph 320 of the Amended Complaint.

321.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 321 of the Amended Complaint and, therefore, deny them.

322.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 322 of the Amended Complaint and, therefore, deny them.

323.    Defendants deny the allegations in Paragraph 323 of the Amended Complaint.

324.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 324 of the Amended Complaint and, therefore, deny them.

325.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 325 of the Amended Complaint and, therefore, deny them.

326.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 326 of the Amended Complaint and, therefore, deny them.

327.    Defendants deny the allegations in Paragraph 327 of the Amended Complaint.

328.    Defendants deny the allegations in Paragraph 328 of the Amended Complaint.

329.    Defendants deny the allegations in Paragraph 329 of the Amended Complaint.

330.    Defendants deny the allegations in Paragraph 330 of the Amended Complaint.

331.    Defendants deny the allegations in Paragraph 331 of the Amended Complaint.

332.    Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 332 of the Amended Complaint and, therefore, deny them.

333.    Defendants deny the allegations in Paragraph 333 of the Amended Complaint.

## STATEMENTS OF LAW

334.    Defendants deny the allegations in Paragraph 334 of the Amended Complaint.

335.    Defendants deny the allegations in Paragraph 335 of the Amended Complaint.

336.    Defendants deny the allegations in Paragraph 336 of the Amended Complaint.

337.    Defendants deny the allegations in Paragraph 337 of the Amended Complaint.

338.    Defendants deny the allegations in Paragraph 338 of the Amended Complaint.

339.    Defendants deny the allegations in Paragraph 339 of the Amended Complaint.

340.    Defendants deny the allegations in Paragraph 340 of the Amended Complaint.

341.    Defendants deny the allegations in Paragraph 341 of the Amended Complaint.

342.    Defendants deny the allegations in Paragraph 342 of the Amended Complaint.

343.    Defendants deny the allegations in Paragraph 343 of the Amended Complaint.

## FIRST CAUSE OF ACTION
## VIOLATION OF PLAINTIFF'S FIRST AMENDMENT RIGHT TO
## FREEDOM OF SPEECH RETALIATION
## (42 U.S.C. § 1983)

344.    Defendants restate and incorporate their answers to Paragraphs 1 through 343 of

the Amended Complaint as if fully restated herein.

345.    Defendants deny the allegations in Paragraph 345 of the Amended Complaint.

346.    Defendants deny the allegations in Paragraph 346 of the Amended Complaint.

347.    Defendants deny the allegations in Paragraph 347 of the Amended Complaint.

348.    Defendants deny the allegations in Paragraph 348 of the Amended Complaint.

349.    Defendants deny the allegations in Paragraph 349 of the Amended Complaint.

350.    Defendants deny the allegations in Paragraph 350 of the Amended Complaint.

351.    Defendants deny the allegations in Paragraph 351 of the Amended Complaint.

352.    Defendants deny the allegations in Paragraph 352 of the Amended Complaint.

353.    Defendants deny the allegations in Paragraph 353 of the Amended Complaint.

## SECOND CAUSE OF ACTION
## VIOLATION OF PLAINTIFF'S FIRST AMENDMENT RIGHT
## TO FREEDOM OF SPEECH CONTENT & VIEWPOINT DISCRIMINATION
## (42 U.S.C. § 1983)

354.    Defendants restate and incorporate their answers to Paragraphs 1 through 353 of

the Amended Complaint as if fully restated herein.

355.    Defendants deny the allegations in Paragraph 355 of the Amended Complaint.

356.    Defendants deny the allegations in Paragraph 356 of the Amended Complaint.

357.    Defendants deny the allegations in Paragraph 357 of the Amended Complaint.

358.    Defendants deny the allegations in Paragraph 358 of the Amended Complaint.

359.    Defendants deny the allegations in Paragraph 359 of the Amended Complaint.

360.    Defendants deny the allegations in Paragraph 360 of the Amended Complaint.

361.   Defendants deny the allegations in Paragraph 361 of the Amended Complaint.

362.   Defendants deny the allegations in Paragraph 362 of the Amended Complaint.

363.   Defendants deny the allegations in Paragraph 363 of the Amended Complaint.

364.   Defendants deny the allegations in Paragraph 364 of the Amended Complaint.

## THIRD CAUSE OF ACTION
## VIOLATION OF PLAINTIFF'S RIGHT TO BE FREE FROM
## UNCONSTITUTIONAL CONDITIONS
## (42 U.S.C. § 1983)

365.   Defendants restate and incorporate their answers to Paragraphs 1 through 364 of

the Amended Complaint as if fully restated herein.

366.   Defendants deny the allegations in Paragraph 366 of the Amended Complaint.

367.   Defendants deny the allegations in Paragraph 367 of the Amended Complaint.

368.   Defendants deny the allegations in Paragraph 368 of the Amended Complaint.

369.   Defendants deny the allegations in Paragraph 369 of the Amended Complaint.

## FOURTH CAUSE OF ACTION
## VIOLATION OF PLAINTIFF'S FOURTEENTH AMENDMENT
## RIGHT TO DUE PROCESS OF LAW
## (42 U.S.C. § 1983)

370.   Defendants restate and incorporate their answers to Paragraphs 1 through 369 of

the Amended Complaint as if fully restated herein.

371.   Defendants deny the allegations in Paragraph 371 of the Amended Complaint.

372.   Defendants deny the allegations in Paragraph 372 of the Amended Complaint.

373.   Defendants deny the allegations in Paragraph 373 of the Amended Complaint.

374.   Defendants deny the allegations in Paragraph 374 of the Amended Complaint.

375.   Defendants deny the allegations in Paragraph 375 of the Amended Complaint.

376.   Defendants deny the allegations in Paragraph 376 of the Amended Complaint.

377.   Defendants deny the allegations in Paragraph 377 of the Amended Complaint.

**FIFTH CAUSE OF ACTION**
**VIOLATION OF PLAINTIFF'S FOURTEENTH AMENDMENT**
**RIGHT TO EQUAL PROTECTION OF THE LAW**
**(42 U.S.C. § 1983)**

378.    Defendants restate and incorporate their answers to Paragraphs 1 through 377 of the Amended Complaint as if fully restated herein.

379.    Defendants deny the allegations in Paragraph 379 of the Amended Complaint.

380.    Defendants deny the allegations in Paragraph 380 of the Amended Complaint.

381.    Defendants deny the allegations in Paragraph 381 of the Amended Complaint.

382.    Defendants deny the allegations in Paragraph 382 of the Amended Complaint.

383.    Defendants deny the allegations in Paragraph 383 of the Amended Complaint.

384.    Defendants deny the allegations in Paragraph 384 of the Amended Complaint.

385.    Defendants deny the allegations in Paragraph 385 of the Amended Complaint.

## GENERAL AND AFFIRMATIVE DEFENSES

386.    All allegations not specifically admitted herein are hereby expressly denied. Defendants deny that Josephson is entitled to the relief requested, or to any relief whatsoever from Defendants.

387.    Josephson's Amended Complaint fails to state a claim upon which relief can be granted, in whole or in part.

388.    Defendants have legal immunity (including, without limitation, Eleventh Amendment immunity and qualified immunity) from all or part of Josephson's claims and from all or part of the relief requested by Josephson.

389.    Josephson's claims are time-barred in whole or in part.

390.    The damages sustained by Josephson, if any, were the result of his own actions or omissions or the actions or omissions of others and not of Defendants.

26

391.    Josephson has failed to mitigate his damages, if any.

392.    Josephson failed to exhaust available administrative remedies.

393.    Defendants would have made the same decisions in the absence of Josephson's alleged protected speech.

394.    Josephson's claims are barred, in whole or in part, by the doctrines of estoppel, laches, or waiver.

395.    Defendants reserve the right to amend this Answer with additional affirmative defenses that may become known during the course of discovery.

## PRAYER FOR RELIEF

**WHEREFORE,** Defendants respectfully demand the following:

A.  That the Complaint be dismissed in its entirety with prejudice;

B.  That the Court enter a judgment in favor of Defendants and direct that Josephson recover nothing;

C.  That Defendants be awarded their costs and expenses, including attorneys' fees, if appropriate; and

D.  Any and all other relief to which Defendants may now or hereafter be entitled.

Respectfully submitted,

/s/      Jeremy S. Rogers
Donna King Perry
Jeremy S. Rogers
Matthew W. Barszcz
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
Telephone:  (502) 540-2300
Facsimile:  (502) 585-2207
donna.perry@dinsmore.com
jeremy.rogers@dinsmore.com
matthew.barszcz@dinsmore.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that on April 6, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorney(s) of record:

David A. Cortman
Travis C. Barham
Alliance Defending Freedom
1000 Hurricane Shoals Rd. NE,
Suite D-1100
Lawrenceville, GA  30043
Telephone: (770) 339-0774
Facsimile:  (770) 339-6744
dcortman@ADFlegal.org
tbarham@ADFlegal.org

Tyson C. Langhofer
Jonathan M. Larcomb
Alliance Defending Freedom
440 1st Street, NW, Ste. 600
Washington, D.C.  20001
Telephone:  (202) 393-8690
Facsimile  (202) 347-3622
tlanghofer@ADFlegal.org
jlarcomb@ADFlegal.org

Joshua D. Hershberger
Hershberger Law Office
201 East Main Street
Madison, IN  47250
Telephone:  (812) 274-0441
Facsimile:  (812) 273-2329
josh@hlo.legal

/s/      Jeremy S. Rogers
*Counsel for Defendants*