**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **ALLAN M. JOSEPHSON**, *Plaintiff,* v. **NEELI BENDAPUDI**, *et al.*, *Defendants.* | Case No: 3:19-cv-00230-RGJ-CHL **THE HONORABLE REBECCA GRADY JENNINGS** |

**JOINT STIPULATION OF DISMISSAL
OF DEFENDANTS BENDAPUDI, POSTEL, AND BOEHM**

Plaintiff and Defendants hereby stipulate pursuant to FED. R. CIV. P. 41 to dismiss Defendants Neeli Bendapudi, Gregory C. Postel, and Beth A. Boehm (the "Dismissed Defendants") without prejudice and subject to the below conditions.

Both Plaintiff and Defendants seek to minimize the time and expense of litigation by reducing the number of Defendants based upon Defendants' representation through counsel that the Dismissed Defendants will agree to be bound by any orders in this action to the extent necessary to effectuate such order.

Accordingly, it is hereby stipulated and agreed, by and between the undersigned parties, that:

1. The Dismissed Defendants are dismissed as defendants without prejudice.
2. Defendants Ganzel, Boland, Woods, Le, Carter, and Lohr (the "Remaining Defendants") hereby stipulate and agree that the dismissal of the Dismissed Defendants shall not prejudice Plaintiff's ability to obtain any of the requested relief, and the Remaining Defendants hereby waive any argument to the contrary.
3. The Remaining Defendants shall take all necessary and appropriate steps to implement any relief ordered by this Court.

4. The Remaining Defendants hereby represent and stipulate that they have the authority to implement any order issued by this Court regarding the relief requested in this action, provided that the relief does not require them to violate any laws governing open records or record retention.

Respectfully submitted this 1st day of October, 2021.

| | |
|---|---|
| */s/ Travis C. Barham* | */s/ Jeremy S. Rogers* |
| TYSON C. LANGHOFER* | DONNA KING PERRY |
| Arizona Bar No. 032589 | JEREMY S. ROGERS |
| **ALLIANCE DEFENDING FREEDOM** | MATTHEW W. BARSZCZ |
| 20116 Ashbrook Place, Suite 250 | CHASE CUNNINGHAM |
| Ashburn, Virginia 20147 | **DINSMORE & SHOHL LLP** |
| Telephone: (480) 388–8205 | 101 South Fifth Street, Suite 2500 |
| Facsimile: (202) 347–3622 | Louisville, Kentucky 40202 |
| tlanghofer@ADFlegal.org | Telephone: (502) 540–2300 |
| | Facsimile: (502) 585–2207 |
| TRAVIS C. BARHAM* | donna.perry@dinsmore.com |
| Georgia Bar No. 753251 | jeremy.rogers@dinsmore.com |
| Arizona Bar No. 024867 | matthew.barszcz@dinsmore.com |
| **ALLIANCE DEFENDING FREEDOM** | chase.cunningham@dinsmore.com |
| 1000 Hurricane Shoals Rd. NE, Ste. D-1100 | |
| Lawrenceville, Georgia 30043 | *Attorneys for Defendants* |
| Telephone: (770) 339–0774 | |
| Facsimile: (770) 339–6744 | |
| tbarham@ADFlegal.org | |

JOSHUA D. HERSHBERGER
Kentucky Bar No. 94421
**HERSHBERGER LAW OFFICE**
201 East Main Street
Madison, Indiana 47250
Telephone: (812) 274–0441
Facsimile: (812) 273–2329
josh@hlo.legal

* Admitted *pro hac vice.*

*Attorneys for Plaintiff*

4. The Remaining Defendants hereby represent and stipulate that they have the authority to implement any order issued by this Court regarding the relief requested in this action, provided that the relief does not require them to violate any laws governing open records or record retention.

Respectfully submitted this 1st day of October, 2021.

| | |
|---|---|
| */s/ Travis C. Barham* | */s/ Jeremy S. Rogers* |
| TYSON C. LANGHOFER* | DONNA KING PERRY |
| Arizona Bar No. 032589 | JEREMY S. ROGERS |
| **ALLIANCE DEFENDING FREEDOM** | MATTHEW W. BARSZCZ |
| 20116 Ashbrook Place, Suite 250 | CHASE CUNNINGHAM |
| Ashburn, Virginia 20147 | **DINSMORE & SHOHL LLP** |
| Telephone: (480) 388–8205 | 101 South Fifth Street, Suite 2500 |
| Facsimile: (202) 347–3622 | Louisville, Kentucky 40202 |
| tlanghofer@ADFlegal.org | Telephone: (502) 540–2300 |
| | Facsimile: (502) 585–2207 |
| TRAVIS C. BARHAM* | donna.perry@dinsmore.com |
| Georgia Bar No. 753251 | jeremy.rogers@dinsmore.com |
| Arizona Bar No. 024867 | matthew.barszcz@dinsmore.com |
| **ALLIANCE DEFENDING FREEDOM** | chase.cunningham@dinsmore.com |
| 1000 Hurricane Shoals Rd. NE, Ste. D-1100 | |
| Lawrenceville, Georgia 30043 | *Attorneys for Defendants* |
| Telephone: (770) 339–0774 | |
| Facsimile: (770) 339–6744 | |
| tbarham@ADFlegal.org | |

JOSHUA D. HERSHBERGER
Kentucky Bar No. 94421
**HERSHBERGER LAW OFFICE**
201 East Main Street
Madison, Indiana 47250
Telephone: (812) 274–0441
Facsimile: (812) 273–2329
josh@hlo.legal

* Admitted *pro hac vice.*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2021, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

>DONNA KING PERRY
>JEREMY S. ROGERS
>MATTHEW W. BARSZCZ
>CHASE CUNNINGHAM
>**DINSMORE & SHOHL LLP**
>101 South Fifth Street, Suite 2500
>Louisville, Kentucky 40202
>Telephone: (502) 540–2300
>Facsimile: (502) 585–2207
>donna.perry@dinsmore.com
>jeremy.rogers@dinsmore.com
>matthew.barszcz@dinsmore.com
>chase.cunningham@dinsmore.com
>
>*Attorneys for Defendants*

Respectfully submitted on this the 1st day of October, 2021.

>*/s/ Travis C. Barham*
>TRAVIS C. BARHAM
>*Attorney for Plaintiff*