# Exhibit F



**UNIVERSITY OF LOUISVILLE**
SCHOOL OF MEDICINE

**Department of Pediatrics**
Office of the Chairman

November 28, 2017

Allan Josephson, MD
Chief, Division of Pediatric Psychiatry and Psychology
Department of Pediatrics

Dear Allan,

I am writing in follow-up to our discussion on Wednesday, November 22, 2017, and the other discussions we have had in the past few weeks. As you stated Wednesday, a lot has happened in the past several weeks.

I realize that you have viewed your recent interactions with your faculty colleagues differently and more positively than they have viewed them. I recognize that you are and have been well intentioned in your efforts to lead the Division. Overall you have had a strong 14+ year tenure in your role as Division Chief, during which you have built a substantial division with a growing regional and national reputation for care and innovation. You have much to be proud of over this time period. However, there are now substantial issues that threaten the near and long term health and stability of the Division.

On Wednesday I discussed with you that while the psychiatry and psychology faculty in the Division care for you as a colleague, the majority disagrees with your approach to management of children and adolescents with gender dysphoria. These faculty have concerns with your leadership of the Division, and these sentiments run deeper and broader than you have appreciated. These include, but are not limited to, concerns that your views in this area, and the growing national recognition thereof, are impacting faculty retention and faculty and trainee recruitment. While disagreements about management of particular medical or mental health issues are common among physicians of all disciplines, some disagreements, coupled with the ratio of those on either side of a particular issue, can make things difficult in an organizational structure where the leader of an important unit is in a decidedly small minority.

I have been clear during our last two meetings that University policy recognizes your academic freedom and free speech rights to your opinions. You do have ethical duties regarding how you present opinions to trainees that differ from the official curriculum of the school, and how you discuss options for care of patients with them and their families/caregivers when approaches exist that differ from your own. You stated agreement with these principles when I reviewed them with you.

Given the nature of this area of disagreement and your increasingly public promotion of your approach as an expert witness, and other issues, most notably perceptions of gender bias among your faculty, there is clearly limited confidence among your divisional colleagues in your leadership. As Department Chair, I have a missional duty to ask you to step down as Division Chief of Pediatric Psychiatry and Psychology. Unfortunately, the status quo cannot continue. This is my decision, made in accordance with what I see as the best interest of the Division and the Department.

**University of Louisville** • Department of Pediatrics • 571 South Floyd Street, Suite 432 • Louisville, KY 40202
P: 502.852.8600   F: 502.852.8603   W: louisville.edu/medschool

Plaintiff's Deposition Exhibit 56 001

1st Am. V. Compl. Ex. 07 at 001

Allan Josephson, MD
November 27, 2017
Page 2

I thus request that you submit a letter of resignation from your role as Division Chief of Pediatric Psychiatry and Psychology to my office this week, with an effective date of December 4, 2017. As painful as this may be, I also believe this will relieve a degree of pressure on you, while allowing the Division to continue its great work in all areas of child and adolescent mental health on the foundation you have helped to establish. If you do not wish to resign on your own accord, I will unilaterally remove you from this role effective on the date above.

As part of this transition, carefully review the following:
- You will remain a member of the Division.
- You may retain your current academic office space through the end of this academic year. I will advocate to leave your salary intact through the end of this academic year, in terms of the Division Chief supplement, but I cannot promise that the latter will be possible or sustainable after June 30, 2018.
- You will need to add a half day of clinical work per week when not on inpatient duty, starting in January.
- As a faculty member in the Division, you will report to the Interim Division Chief for Child Psychiatry
- This transition of division leadership will be announced at the Department faculty meeting on December 4, 2017.
- Please compile a list of 5 to 10 items that you view as key accomplishments in your role as Division Chief, including both personal and Divisional accomplishments, and send this to Ruby Keith by Thursday, November 30, 2017.
- The Bingham Board meeting planned for Wednesday, November 29, 2017, will be cancelled.
- You continue to have a duty to any gender dysphoria patients that you may see (and their families) to apprise them of available processes of care that differ from your own.
- You continue to have a duty to acknowledge to trainees when you are knowingly espousing approaches and views that differ from the official curricula for those trainees (and I know you have asked for a copy of the School of Medicine's medical student curriculum content on gender dysphoria for this purpose).

I regret that this situation has escalated to this point, but again, know that patient care and the division must be my priority.

Sincerely,

*Charles R. Woods, MD*

Charles R. Woods, MD, MS
Chair, Department of Pediatrics