# Exhibit G

**From:** Keith,Ruby C
**Sent:** Tuesday, November 28, 2017 6:42 PM
**To:** Lohr,W. David <wdlohr01@exchange.louisville.edu>; Le,Jennifer Feiler <jafeil01@exchange.louisville.edu>; Carter,Bryan D. <bdcart01@exchange.louisville.edu>
**Cc:** Woods,Charles <c0wood06@exchange.louisville.edu>; 'Boland,Kimberly Anne' <k.boland@louisville.edu>; Cornell,Lora (l0corn04@exchange.louisville.edu) <l0corn04@exchange.louisville.edu>
**Subject:** RE: Child and Adolescent Psychiatry and Psychology Division leadership

Hello all!

Based on the email below from Dr. Boland, here are some times I am offering for a meeting next week:

Mon, Dec 4 @ 1:15, 1:30, 1:45, 4:30, 5:00, 5:30 or 6:00
Tue, Dec 5 @ Noon
Weds, Dec 6 @ 3:00, 3:30 or 4:00
Thu, Dec 7 @ 4:00

Please let me know all times that you could make yourself available so we can lock something in. It is preferred that the meeting happen early in the week if at all possible. I recommend that we hold the meeting in the Pediatrics Chairman's Conference Room in the Kosair Charities Pediatrics Center (KCPC), Suite 432. Once I hear back from all, I can confirm the meeting time and location and I will send you a meeting invite as well.

I look forward to hearing from you soon! Thanks!

Ruby

### Ruby C. Keith
Administrative Manager | Executive Management Assistant | Staff Senator

Office of the Chairman, Department of Pediatrics
University of Louisville School of Medicine
571 S. Floyd Street, Suite 432, Louisville, KY 40202 | ruby.keith@louisville.edu
Main Ofc 502.852.8600 | Direct Ofc 502.852.8604 | Cell 502.396.9284


**From:** Boland,Kimberly Anne [mailto:k.boland@louisville.edu]
**Sent:** Tuesday, November 28, 2017 5:35 PM
**To:** Lohr,W. David <wdlohr01@exchange.louisville.edu>; Le,Jennifer Feiler <jafeil01@exchange.louisville.edu>; Carter,Bryan D. <bdcart01@exchange.louisville.edu>
**Cc:** Woods,Charles <c0wood06@exchange.louisville.edu>; Keith,Ruby C <rckeit01@exchange.louisville.edu>
**Subject:** Child and Adolescent Psychiatry and Psychology Division leadership

Hello Jennifer, David and Bryan,

Plaintiff's Deposition Exhibit 84 003

UofL016517

I wanted to briefly update you about plans going forward for leadership in your division. A letter was hand delivered to Dr. Josephson today and a change in leadership will be expected on Monday, December 4th. I know Charles and I have spoken with all of you at some point over the last couple of weeks and discussed potential interim leadership possibilities.

After a great deal of thought and listening to your input and ideas, we decided that a triumvirate of all three of you would be the best course of action. This allows everyone to maintain their clinical roles, learn new roles, and assures that leadership will be present and available to the division members and staff as needed going forward. We think a robust and engaged leadership is going to be critical as we navigate these next few months and you all provide unique perspectives and thus will represent all members of the division fully.
You all have independently provided input stating how well you have worked together in other capacities and we look forward to seeing your division move forward in a positive and exciting way.

Charles and I will be happy to work with the three of you to figure out logistics and to this end, I suggest, that we meet early next week to discuss specifics around this transition. Feel free to brainstorm on your own over the next few days.
Ruby will be in touch to find a time and place.

I appreciate you help and input over the last few weeks and look forward to working with you more closely in the next few months.

Sincerely,

Kim

Kimberly A. Boland, M.D.
Professor of Pediatrics
Executive Vice Chair of Pediatrics
Assistant Dean Resident Education and Work Environment
Associate Program Director
University of Louisville School of Medicine

Plaintiff's Deposition Exhibit 84 004

UofL016518