# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **ALLAN M. JOSEPHSON** ) | |
| ) | **Case No. 3:19-CV-230-RGJ-CHL** |
| **Plaintiff** ) | |
| **v.** ) | |
| ) | **(Electronically Filed)** |
| **NEELI BENDAPUDI, *ET AL.*** ) | |
| ) | |
| **Defendants** ) | |

## ORDER

On Motion of the Defendants, Toni Ganzel, Kimberly A. Boland, Charles R. Woods, Jennifer F. Le, Bryan D. Carter and William D. Lohr (collectively "Defendants"), and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that Defendants' Motion is GRANTED. Dr. Cantor's testimony is EXCLUDED from trial in this matter.