**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:19-CV-00230-RGJ-CHL**

**ALLAN M. JOSEPHSON,** **Plaintiff,**

**v.**

**NEELI BENDAPUDI , et al.,** **Defendants.**

## ORDER

Pursuant to the Court's September 16, 2021 order (DN 50), the Parties have filed a joint report on the status of settlement discussions. (DN 81.) The Parties report that they "believe that mediation may be helpful." (*Id.* at PageID # 5577.) The Parties further report that they "are considering utilizing the services of a private mediator given the factual and legal complexities of this case, and are actively discussing the various logistical issues involved in pursuing this form of mediation." (*Id.*)

Accordingly,

IT IS HEREBY ORDERED that on or before **February 25, 2022**, the Parties shall jointly file a report on the status of settlement discussions, including the dates and mediator for any scheduled private mediation. The Parties shall **not** include the details of any settlement demands or offers. The undersigned will conduct *ex parte* calls regarding settlement or schedule a settlement conference upon request. Any party who wishes to request an *ex parte* call or settlement conference shall contact the undersigned's Case Manager, Theresa Burch, at theresa_burch@kywd.uscourts.gov and copy opposing counsel.

Colin H Lindsay, Magistrate Judge
United States District Court

December 27, 2021
cc: Counsel of record