# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION
# CIVIL ACTION NO. 3:19-CV-00230-RGJ-CHL

**ALLAN M. JOSEPHSON,**                                                  **Plaintiff,**

v.

**NEELI BENDAPUDI, et al.,**                                               **Defendants.**

## ORDER

Pursuant the Court's January 3, 2022 order (DN 82), the Parties have filed a joint report on the status of settlement discussions. (DN 83.) The Parties report that they participated in a private mediation of February 18, 2022 and were unable to reach a settlement agreement. (*Id.* at 5582.)

Accordingly,

IT IS HEREBY ORDERED that on or before **March 11, 2022**, the Parties shall contact the undersigned's Case Manager, Theresa Burch, at theresa_burch@kywd.uscourts.gov and provide the dates on which they are available for *ex parte* calls regarding settlement.

*signature*

Colin H Lindsay, Magistrate Judge
United States District Court

March 1, 2022

cc: Counsel of record