**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **ALLAN M. JOSEPHSON**, <br> *Plaintiff*, <br> v. <br> **TONI M. GANZEL**, *et al.*, <br> *Defendants.* | Case No: 3:19-cv-00230-RGJ-CHL <br><br> **THE HONORABLE <br> REBECCA GRADY JENNINGS** |

**JOINT MOTION TO EXTEND TRIAL-RELATED DEADLINES**

Plaintiff, pursuant to FED. R. CIV. P. 7(b), Joint Civ. L.R. 7.1, and this Court's Scheduling Order, move that this Court set the date for the pretrial conference to ninety (90) days after the Court rules on the parties' motions for summary judgment.

1. On October 7, 2021, this Court entered an order setting the pretrial conference for June 1, 2022. Order at 2 ¶ 2, Doc. 54, PageID.764.

2. Under this Court's scheduling order, twenty-one days before that pretrial conference, the parties must file their lists of witnesses, exhibit lists, any motions *in limine*, deposition transcripts to be used at trial, pretrial memorandum briefs, proposed jury instructions and verdict forms, and proposed *voir dire* questions. Order at 3–4, Doc. 29, PageID.681–82. This deadline—May 11, 2022—is about four weeks away.

3. Under this Court's scheduling order, fourteen days before the pretrial conference, the parties must file their written objections to the other side's witnesses and exhibits, their responses to any motions *in limine*, and responses to any objections made in an evidentiary deposition. This deadline—May 18, 2022—is about five weeks away.

4. Meanwhile, the Court has taken the parties' motions for summary judgment under advisement. *See* Pl.'s Mot. for Summ. J., Doc. 64, Oct. 29, 2021, PageID.1789; Defs.' Mots. for Summ. J., Docs. 58–63, Oct. 29, 2021, PageID.939, 1049, 1250, 1316,

1422, 1576. Its decision on those motions could obviate the need for trial, set the stage for renewed settlement discussions, or narrow the issues to be addressed at trial.

5. The parties desire to avoid conducting trial-preparation work that could later be rendered obsolete, either by the Court granting summary judgment or by the Court narrowing the issues to be addressed at trial. They also seek to spare their clients the expense associated with this preparation.

6. Extending the pretrial conference date until ninety (90) days after the Court rules on the parties' motions for summary judgment would give the parties approximately sixty days to review the Court's ruling and prepare any necessary trial materials. This would entail continuing the trial to a date after this that is most convenient for the Court.

THEREFORE, the parties jointly move that this Court extend the date for the pretrial conference to ninety (90) days after the Court issues its ruling on the parties' motions for summary judgment.

Respectfully submitted this 12th day of April, 2022.

| | |
|---|---|
| */s/ Travis C. Barham* | */s/ Matthew W. Barszcz (with permission)* |
| TYSON C. LANGHOFER* | DONNA KING PERRY |
| Arizona Bar No. 032589 | JEREMY S. ROGERS |
| **ALLIANCE DEFENDING FREEDOM** | MATTHEW W. BARSZCZ |
| 44180 Riverside Parkway | CHASE CUNNINGHAM |
| Landsdowne, Virginia 20176 | SARAH ABSHEAR |
| Telephone: (571) 707–4656 | **DINSMORE & SHOHL LLP** |
| Facsimile: (571) 707–4790 | 101 South Fifth Street, Suite 2500 |
| tlanghofer@ADFlegal.org | Louisville, Kentucky 40202 |
| | Telephone: (502) 540–2300 |
| TRAVIS C. BARHAM* | Facsimile: (502) 585–2207 |
| Georgia Bar No. 753251 | donna.perry@dinsmore.com |
| Arizona Bar No. 024867 | jeremy.rogers@dinsmore.com |
| **ALLIANCE DEFENDING FREEDOM** | matthew.barszcz@dinsmore.com |
| 1000 Hurricane Shoals Rd. NE, Ste. D-1100 | chase.cunningham@dinsmore.com |
| Lawrenceville, Georgia 30043 | sarah.abshear@dinsmore.com |
| Telephone: (770) 339–0774 | |
| Facsimile: (770) 339–6744 | *Attorneys for Defendants* |
| tbarham@ADFlegal.org | |

JOSHUA D. HERSHBERGER
Kentucky Bar No. 94421
**HERSHBERGER LAW OFFICE**
201 East Main Street
Madison, Indiana 47250
Telephone: (812) 274–0441
Facsimile: (812) 273–2329
josh@hlo.legal

* Admitted *pro hac vice.*

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2022, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

>DONNA KING PERRY
>JEREMY S. ROGERS
>MATTHEW W. BARSZCZ
>CHASE CUNNINGHAM
>SARAH ABSHEAR
>**DINSMORE & SHOHL LLP**
>101 South Fifth Street, Suite 2500
>Louisville, Kentucky 40202
>Telephone: (502) 540–2300
>Facsimile: (502) 585–2207
>donna.perry@dinsmore.com
>jeremy.rogers@dinsmore.com
>matthew.barszcz@dinsmore.com
>chase.cunningham@dinsmore.com
>sarah.abshear@dinsmore.com

*Attorneys for Defendants*

Respectfully submitted on this the 12th day of April, 2022.

>*/s/ Travis C. Barham*
>TRAVIS C. BARHAM
>*Attorney for Plaintiff*