**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:19-CV-00230-RGJ-CHL**

**ALLAN M. JOSEPHSON,**                                                                   **Plaintiff,**

**v.**

**NEELI BENDAPUDI, et al.,**                                                               **Defendants.**

## ORDER

      Before the Court is the Parties' Joint Motion to Extend Trial-Related Deadlines.  (DN 86.) In the motion, the Parties request that the deadlines for pretrial submissions set forth in the Court's October 7, 2021 order (DN 54) be extended and that the pretrial conference and trial be rescheduled.  (*Id.* at PageID # 5587.)  In support of their request, the Parties note that several dispositive motions remain pending and that an extension would allow them "to avoid conducting trial-preparation work that could later be rendered obsolete, either by the Court granting summary judgment or by the Court narrowing the issues to be addressed at trial."  (*Id.*)  Based on these facts the Court finds good cause under Rule 16(b)(4) of the Federal Rules of Civil Procedure to extend the pretrial conference and trial dates and corresponding submission deadlines as set forth below.

Accordingly,

IT IS HEREBY ORDERED as follows:

1.  The Parties' Joint Motion to Extend Trial-Related Deadlines (DN 86) is **GRANTED**.

2.  This matter is assigned for a Pretrial Conference before the trial judge on **October 5, 2022 at 3:00 PM EST** at the Gene Snyder U.S. Courthouse, Louisville, Kentucky.

3.  This action is hereby set for a jury trial on **November 7, 2022 at 9:30 AM EST** at the Gene Snyder United States Courthouse, Louisville, Kentucky.

Colin H Lindsay, Magistrate Judge

United States District Court

April 27, 2022

cc:  Counsel of record
     Jury Administrator