## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | | |
|---|---|---|
| **ALLAN M. JOSEPHSON** | ) | |
| | ) | **Case No. 3:19-CV-230-RGJ-CHL** |
| **Plaintiff** | ) | |
| **v.** | ) | |
| | ) | **(Electronically Filed)** |
| **TONI GANZEL,** *ET AL.* | ) | |
| | ) | |
| **Defendants** | ) | |

## MOTION TO CONTINUE TRIAL DATE

Defendants, Toni M. Ganzel, Charles R. Woods, Kimberly A. Boland, Jennifer F. Le, William D. Lohr, and Bryan Carter by counsel, hereby respectfully move the Court to reschedule the trial in this matter. On April 27, 2022, the Court reschedule the trial in this case for November 7, 2022. Undersigned counsel for Defendants is already scheduled to be in a two-week jury trial in Pike Circuit Court in the case of *Haley Valentino v. Honda Motors America, et al,* Case No. 19-CI-0661, beginning November 7, 2022.  Thus, Defendants respectfully request the Court to reschedule the trial in this matter for another time.

Undersigned counsel has contacted counsel for Plaintiff in this case concerning this matter, and counsel for Plaintiff has stated there is no objection to this request.

Respectfully submitted,

*/s/  Jeremy S. Rogers*
Donna King Perry
Jeremy S. Rogers
Matthew Barszcz
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
Telephone:  (502) 540-2300
Facsimile:  (502) 585-2207
donna.perry@dinsmore.com
jeremy.rogers@dinsmore.com
matthew.barszcz@dinsmore.com

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

| | |
|---|---|
| David A. Cortman | Joshua D. Hershberger |
| Travis C. Barham | Hershberger Law Office |
| Alliance Defending Freedom | 201 East Main Street |
| 1000 Hurricane Shoals Road Northeast, Suite D-1100 | Madison, Indiana 47250 |
| Lawrenceville, Georgia 30043 | Telephone: (812) 274-0441 |
| Telephone: (770) 339-0774 | Facsimile: (812) 273-2329 |
| Facsimile: (770) 339-6744 | josh@hlo.legal |
| dcortman@ADFlegal.org | |
| tbarham@ADFlegal.org | |

Tyson C. Langhofer
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone: (571) 707-4656
Facsimile (571) 707-4790
tlanghofer@ADFlegal.org

*Counsel for Plaintiff*

                                                                         /s/ Jeremy S. Rogers
                                                                         *Counsel for Defendants*