UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ALLAN M. JOSEPHSON                                                                Plaintiff

v.                                                                Civil Action No. 3:19-CV-230-RGJ

TONI GANZEL, *et al.*                                                            Defendants

* * * * *

## ORDER

The Court finds that oral argument would assist the Court in ruling on the Parties' motions for summary judgment. In preparing for oral argument, the Court would like the parties to focus on the following issues:

- To what extent were Defendants "manufacturing" complaints as opposed to receiving complaints against Josephson. Specifically, Defendants should be prepared to discuss their protocols for receiving complaints and actions taken to investigate complaints.

- After Josephson was demoted from his role as Division Chief, at what point did he receive new work assignments and expectations for his role as a member of the faculty.

- Josephson should be prepared to identify specific actions taken by each of the Defendants that he believes were harassing or retaliatory.

- To what extent did Josephson's viewpoint concerning gender dysphoria differ from the University of Louisville's curriculum prior to 2018.

1

- Why—in light of the Court's Order [DE 23]—Defendants' actions before March 28, 2018 are time-barred by the one-year statute of limitations. *See Sharpe v. Cureton*, 319 F.3d 259, 266 (6th Cir. 2003).

For these reasons, **IT IS ORDERED** that:

1) Oral argument will be held in the matter on **October 26, 2022 at 3:00 p.m.** The oral argument will be held before the Honorable Rebecca Grady Jennings, United States District Judge. The Court has set aside one hour for this hearing.

2) The Parties' motions for summary judgment [DE 58; DE 59; DE 60; DE 61; DE 62; DE 63; DE 64] and Defendants' Motion to Exclude Expert Testimony of Cantor [DE 56] are **ADMINISTRATIVELY REMANDED** to be reinstated after the October 26 oral argument.

3) The trial scheduled for November 28, 2022 at 9:30 a.m. is **REMANDED** to be rescheduled after oral argument.

4) Josephson's Unopposed Motion for Page Extension [DE 70] is **GRANTED**.

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court

August 16, 2022