# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **ALLAN M. JOSEPHSON** ) | |
| ) | **Case No. 3:19-CV-00230-RGJ-CHL** |
| **Plaintiff** ) | |
| **v.** ) | |
| ) | **(Electronically Filed)** |
| **TONI M. GANZEL,** *ET AL.* ) | |
| ) | |
| **Defendants** ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendants, Charles R. Woods, Bryan D. Carter, William D. Lohr, Toni M. Ganzel, Jennifer F. Le, and Kimberly A. Boland, (collectively "Defendants"), hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Court's Opinion and Order (DN 99) entered in this action on March 9, 2023, particularly as to the Court's denial of immunity for all Defendants.

Respectfully submitted,

*/s/ Matthew Barszcz*
Donna King Perry
Jeremy S. Rogers
Matthew Barszcz
Chase Cunningham
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
Telephone:  (502) 581-8000
Facsimile:  (502) 581-8111
donna.perry@dinsmore.com
jeremy.rogers@dinsmore.com
matthew.barszcz@dinsmore.com
chase.cunningham@dinsmore.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

It is hereby certified that on April 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing on the following attorney(s) of record:

| | |
|---|---|
| David A. Cortman<br>Travis C. Barham<br>Alliance Defending Freedom<br>1000 Hurricane Shoals Rd. NE,<br>Suite D-1100<br>Lawrenceville, GA  30043<br>Telephone: (770) 339-0774<br>Facsimile:  (770) 339-6744<br>dcortman@ADFlegal.org<br>tbarham@ADFlegal.org | Joshua D. Hershberger<br>Hershberger Law Office<br>201 East Main Street<br>Madison, IN  47250<br>Telephone:  (812) 274-0441<br>Facsimile:  (812) 273-2329<br>josh@hlo.legal |

Tyson C. Langhofer
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176
Telephone:  (571) 707-4656
Facsimile  (571) 707-4790
tlanghofer@ADFlegal.org
jlarcomb@ADFlegal.org

*/s/ Matthew Barszcz*
*Counsel for Defendants*
