## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 07, 2023

Mr. Matthew Warren Barszcz
Dinsmore & Shohl
101 S. Fifth Street
Suite 2500
Louisville, KY 40202

Mr. David Andrew Cortman
Alliance Defending Freedom
1000 Hurricane Shoals Road, N.E.
Suite D-1100
Lawrenceville, GA 30043

Re: Case No. 23-5293, *Allan Josephson v. Neeli Bendapudi, et al*
Originating Case No. : 3:19-cv-00230

Dear Counsel,

This appeal has been docketed as case number **23-5293** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **April 21, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant: Appearance of Counsel
Civil Appeal Statement of Parties & Issues

|  | Disclosure of Corporate Affiliations |
|---|---|
|  | Application for Admission to 6th Circuit Bar (if applicable) |

| Appellee: | Appearance of Counsel |
|---|---|
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 23-5293

ALLAN M. JOSEPHSON

        Plaintiff - Appellee

v.

NEELI BENDAPUDI, President of the University of Louisville, in her official and individual capacities; GREGORY C. POSTEL, former Interim President and Executive Vice President of Health Affairs at the University of Louisville, in his official and individual capacities; BETH A. BOEHM, Executive Vice President and University Provost at the University of Louisville, in her official and individual capacities

        Defendants

 and

TONI M. GANZEL, Interim Executive Dean of Health Affairs and Dean of the School of Medicine at the University of Louisville, in her official and individual capacities; KIMBERLY A. BOLAND, Interim Chair of the Department of Pediatrics at the University of Louisville, in her official and individual capacities; CHARLES R. WOODS, former Chair of the Department of Pediatrics at the University of Louisville, in his individual capacity; JENNIFER F. LE, former Interim Division Co-Chief of the Division of Child and Adolescent Psychiatry and Psychology and current Chief of the Division of Child and Adolescent Psychiatry and Psychology at the University of Louisville, in her official and individual capacity; BRYAN D. CARTER, former Interim Division Co-Chief of the Division of Child and Adolescent Psychiatry and Psychology and Chief of the Division of Psychology at the University of Louisville, in his official and individual capacities; WILLIAM D. LOHR, former Interim Division Co-Chief of the Division of Child and Adolescent Psychiatry and Psychology at the University of Louisville, in his official and individual capacities

        Defendants - Appellants