UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00230-RGJ-CHL

**ALLAN M. JOSEPHSON,** **Plaintiff,**

v.

**TONI M. GANZEL, et al.,** **Defendants.**

## ORDER

IT IS HEREBY ORDERED that the variance to the Court's December 11, 2024, Order for Settlement Conference requested by Defendant Charles Woods is **GRANTED**. Defendant Charles Woods may attend the Settlement Conference scheduled for February 14, 2025, remotely.

February 11, 2025

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record