UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00230-RGJ-CHL

**ALLAN M. JOSEPHSON,**                                                                     **Plaintiff,**

v.

**TONI M. GANZEL, et al.,**                                                                     **Defendants.**

## SETTLEMENT CONFERENCE REPORT

On February 14, 2025, the undersigned conducted a settlement conference in the above matter with the following appearances:

FOR PLAINTIFF:       Allan M. Josephson; Jeri Josephson; Tyson Langhofer; Travis Barham; Logan Spena

FOR DEFENDANTS:       Toni Ganzel; Kimberly Boland; Jennifer Le; Bryan Carter; Charles Woods; David Lohr; Rebecca Stahl; Ashlee Hodge; Jeremy Rogers; Matthew Barszcz

Settlement negotiations were conducted in good faith, and the Parties reached an agreement for the resolution of all claims.

Therefore, the undersigned Magistrate Judge recommends that this action be dismissed as settled and with leave to reinstate within thirty days after entry of the order of dismissal if the Parties fail to fulfill the terms of the settlement agreement within that time.

February 18, 2025

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel of record

8|30