**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **ALLAN M. JOSEPHSON**, <br> *Plaintiff*, <br> v. <br> **TONI M. GANZEL**, *et al.*, <br> *Defendants*. | Case No: 3:19-cv-00230-RGJ-CHL <br><br> **THE HONORABLE <br> REBECCA GRADY JENNINGS** |

**JOINT MOTION TO EXTEND THE DISMISSAL DEADLINE**

On February 14, 2025, at an in-person settlement conference hosted by Magistrate Judge Colin H. Lindsay, the parties reached an agreement in principle that resolved all claims raised in this litigation. *See* Settlement Conf. Rep't, Doc. 123, PageID.5839.

A few days later, this Court issued an order directing the parties to "tender an agreed order dismissing the case within forty-five days of entry of this Order." *See* Order, Doc. 124, PageID.5840. That deadline expires on April 7, 2025.

Since the settlement conference, the parties have diligently worked to reduce their agreement in principle to writing, to get all parties' signatures on that agreement, and to compile the tax and other financial documents necessary to fulfill its terms. As of April 3, 2025, all parties have signed the settlement agreement, but the agreement's terms have not yet been fulfilled. Once those terms are fulfilled, the parties will submit a joint stipulation of dismissal with prejudice.

Therefore, the parties jointly move that this Court extend the deadline for dismissing this case with prejudice to April 30, 2025, to give them time to fulfill all the terms of the settlement agreement.

Respectfully submitted this 3rd day of April, 2025.

| | |
|---|---|
| */s/ Travis C. Barham* | */s/ Matthew W. Barszcz* |
| TYSON C. LANGHOFER* | DONNA KING PERRY |
| Arizona Bar No. 032589 | JEREMY S. ROGERS |
| P. LOGAN SPENA* | MATTHEW W. BARSZCZ |
| Virginia Bar No. 98407 | **DINSMORE & SHOHL LLP** |
| **ALLIANCE DEFENDING FREEDOM** | 101 South Fifth Street, Suite 2500 |
| 44180 Riverside Parkway | Louisville, Kentucky 40202 |
| Lansdowne, Virginia 20176 | Telephone: (502) 540–2300 |
| Telephone: (571) 707–4655 | Facsimile: (502) 585–2207 |
| Facsimile: (571) 707–4656 | donna.perry@dinsmore.com |
| tlanghofer@ADFlegal.org | jeremy.rogers@dinsmore.com |
| lspena@ADFlegal.org | matthew.barszcz@dinsmore.com |
| | |
| TRAVIS C. BARHAM* | *Attorneys for Defendants* |
| Georgia Bar No. 753251 | |
| Arizona Bar No. 024867 | |
| **ALLIANCE DEFENDING FREEDOM** | |
| 1000 Hurricane Shoals Rd. NE, Ste. D-1100 | |
| Lawrenceville, Georgia 30043 | |
| Telephone: (770) 339–0774 | |
| Facsimile: (770) 339–6744 | |
| tbarham@ADFlegal.org | |

JOSHUA D. HERSHBERGER
Kentucky Bar No. 94421
**HERSHBERGER LAW OFFICE**
P.O. Box 233
Hanover, Indiana 47243
Telephone: (812) 493–9096
Facsimile: (812) 273–2329
josh@hlo.legal

* Admitted *pro hac vice.*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of April, 2025, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

>   DONNA KING PERRY
>   JEREMY S. ROGERS
>   MATTHEW W. BARSZCZ
>   **DINSMORE & SHOHL LLP**
>   101 South Fifth Street, Suite 2500
>   Louisville, Kentucky 40202
>   Telephone: (502) 540–2300
>   Facsimile: (502) 585–2207
>   donna.perry@dinsmore.com
>   jeremy.rogers@dinsmore.com
>   matthew.barszcz@dinsmore.com

   *Attorneys for Defendants*

Respectfully submitted on this the 3rd day of April, 2025.

>                                               */s/ Travis C. Barham*
>                                               TRAVIS C. BARHAM
>                                               *Attorney for Plaintiff*