**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **ALLAN M. JOSEPHSON**, <br> *Plaintiff*, <br> v. <br> **TONI M. GANZEL**, *et al.*, <br> *Defendants*. | Case No: 3:19-cv-00230-RGJ-CHL <br><br> **THE HONORABLE <br> REBECCA GRADY JENNINGS** |

**PROPOSED ORDER GRANTING
JOINT MOTION TO EXTEND THE DISMISSAL DEADLINE**

Having considered the matter, and for good cause shown, this Court hereby **GRANTS** the parties' Joint Motion to Extend the Dismissal Deadline and orders that they tender joint stipulation of dismissal with prejudice on or before April 30, 2025.

So ordered this _____ day of April, 2025.

_____
THE HONORABLE REBECCA GRADY JENNINGS
United States District Judge

1

Respectfully submitted this 3rd day of April, 2025.

| | |
|---|---|
| */s/ Travis C. Barham*<br>TYSON C. LANGHOFER*<br>Arizona Bar No. 032589<br>P. LOGAN SPENA*<br>Virginia Bar No. 98407<br>**ALLIANCE DEFENDING FREEDOM**<br>44180 Riverside Parkway<br>Lansdowne, Virginia 20176<br>Telephone: (571) 707–4655<br>Facsimile: (571) 707–4656<br>tlanghofer@ADFlegal.org<br>lspena@ADFlegal.org<br><br>TRAVIS C. BARHAM*<br>Georgia Bar No. 753251<br>Arizona Bar No. 024867<br>**ALLIANCE DEFENDING FREEDOM**<br>1000 Hurricane Shoals Rd. NE, Ste. D-1100<br>Lawrenceville, Georgia 30043<br>Telephone: (770) 339–0774<br>Facsimile: (770) 339–6744<br>tbarham@ADFlegal.org<br><br>JOSHUA D. HERSHBERGER<br>Kentucky Bar No. 94421<br>**HERSHBERGER LAW OFFICE**<br>P.O. Box 233<br>Hanover, Indiana 47243<br>Telephone: (812) 493–9096<br>Facsimile: (812) 273–2329<br>josh@hlo.legal<br><br>* Admitted *pro hac vice.*<br><br>*Attorneys for Plaintiff* | */s/ Matthew W. Barszcz*<br>DONNA KING PERRY<br>JEREMY S. ROGERS<br>MATTHEW W. BARSZCZ<br>**DINSMORE & SHOHL LLP**<br>101 South Fifth Street, Suite 2500<br>Louisville, Kentucky 40202<br>Telephone: (502) 540–2300<br>Facsimile: (502) 585–2207<br>donna.perry@dinsmore.com<br>jeremy.rogers@dinsmore.com<br>matthew.barszcz@dinsmore.com<br><br>*Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of April, 2025, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

DONNA KING PERRY
JEREMY S. ROGERS
MATTHEW W. BARSZCZ
**DINSMORE & SHOHL LLP**
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 540–2300
Facsimile: (502) 585–2207
donna.perry@dinsmore.com
jeremy.rogers@dinsmore.com
matthew.barszcz@dinsmore.com

*Attorneys for Defendants*

Respectfully submitted on this the 3rd day of April, 2025.

*/s/ Travis C. Barham*
TRAVIS C. BARHAM
*Attorney for Plaintiff*