**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| **ALLAN M. JOSEPHSON**, <br><br> *Plaintiff*, <br><br> v. <br><br> **TONI M. GANZEL**, *et al.*, <br><br> *Defendants*. | Case No: 3:19-cv-00230-RGJ-CHL <br><br> **THE HONORABLE <br> REBECCA GRADY JENNINGS** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Under FED. R. CIV. P. 41(a)(1)(A)(ii) and this Court's order, Plaintiff and Defendants stipulate that this case should be dismissed with prejudice as the parties have settled all claims raised in this litigation. *See* Order, Doc. 124, PageID.5840 (Feb. 21, 2025).

Respectfully submitted this 21st day of April, 2025.

| | |
|---|---|
| */s/ Travis C. Barham* | */s/ Jeremy S. Rogers* |
| TYSON C. LANGHOFER* <br> Arizona Bar No. 032589 <br> P. LOGAN SPENA* <br> Virginia Bar No. 98407 <br> **ALLIANCE DEFENDING FREEDOM** <br> 44180 Riverside Parkway <br> Lansdowne, Virginia 20176 <br> Telephone: (571) 707–4655 <br> Facsimile: (571) 707–4656 <br> tlanghofer@ADFlegal.org <br> lspena@ADFlegal.org | DONNA KING PERRY <br> JEREMY S. ROGERS <br> **DINSMORE & SHOHL LLP** <br> 101 South Fifth Street, Suite 2500 <br> Louisville, Kentucky 40202 <br> Telephone: (502) 540–2300 <br> Facsimile: (502) 585–2207 <br> donna.perry@dinsmore.com <br> jeremy.rogers@dinsmore.com <br><br> *Attorneys for Defendants* |

TRAVIS C. BARHAM*
Georgia Bar No. 753251
Arizona Bar No. 024867
**ALLIANCE DEFENDING FREEDOM**
1000 Hurricane Shoals Rd. NE, Ste. D-1100
Lawrenceville, Georgia 30043
Telephone: (770) 339–0774
Facsimile: (770) 339–6744
tbarham@ADFlegal.org

JOSHUA D. HERSHBERGER
Kentucky Bar No. 94421
**HERSHBERGER LAW OFFICE**
P.O. Box 233

Hanover, Indiana 47243
Telephone: (812) 493–9096
Facsimile: (812) 273–2329
josh@hlo.legal

* Admitted *pro hac vice.*

    *Attorneys for Plaintiff*

Rebecca Grady Jennings, District Judge
United States District Court

April 23, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of April, 2025, I filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to the following attorneys of record:

>DONNA KING PERRY
>JEREMY S. ROGERS
>**DINSMORE & SHOHL LLP**
>101 South Fifth Street, Suite 2500
>Louisville, Kentucky 40202
>Telephone: (502) 540–2300
>Facsimile: (502) 585–2207
>donna.perry@dinsmore.com
>jeremy.rogers@dinsmore.com

*Attorneys for Defendants*

Respectfully submitted on this the 21st day of April, 2025.

>*/s/ Travis C. Barham*
>TRAVIS C. BARHAM
>*Attorney for Plaintiff*